**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| BLUESTEM BRANDS, INC., *et al.*,[1] | ) ) ) | Case No. 20-10566 (MFW) |
|  | ) ) | (Jointly Administered) |
| Debtors. | ) ) ) ) ) ) | **Hearing Date:** **March 31, 2020 at 11:30 a.m. (ET)** **Objection Deadline:** **March 24, 2020 at 4:00 p.m. (ET)** |

**NOTICE OF MOTION**

TO:   (A) THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE; (B) THE HOLDERS OF THE THIRTY LARGEST UNSECURED CLAIMS AGAINST THE DEBTORS (ON A CONSOLIDATED BASIS); (C) COUNSEL TO THE DIP AGENT; (D) COUNSEL TO THE TERM LOAN AGENT; (E) COUNSEL TO BLUESTEM GROUP INC.; (F) SCUSA AND ITS COUNSEL; (G) WEBBANK; (H) THE UNITED STATES ATTORNEY'S OFFICE FOR THE DISTRICT OF DELAWARE; (I) THE INTERNAL REVENUE SERVICE; (J) THE UNITED STATES SECURITIES AND EXCHANGE COMMISSION; (K) THE STATE ATTORNEYS GENERAL FOR ALL STATES IN WHICH THE DEBTORS CONDUCT BUSINESS; AND (L) ANY PARTY THAT REQUESTS SERVICE PURSUANT TO BANKRUPTCY RULE 2002

**PLEASE TAKE NOTICE** that the debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors") have filed the attached *Debtors' Motion for Entry of an Order Pursuant to Sections 105 and 363 of the Bankruptcy Code Authorizing the Debtors to Employ and Retain Imperial Capital, LLC to Provide a Chief Restructuring Officer and Additional Personnel for the Debtors Effective as of the Petition Date* (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that any objections to the Motion must be filed on or before **March 24, 2020 at 4:00 p.m. (ET)** (the "Objection Deadline") with the

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows:  Bluestem Brands, Inc. (5164); Appleseed's Holdings, Inc. (9117); Blair LLC (1670); Bluestem Enterprises, Inc. (1237); Bluestem Fulfillment, Inc. (5931); Bluestem Sales, Inc. (1539); Draper's & Damon's LLC (2759); Gold Violin LLC (0873); Haband Company LLC (8496); Home Forever LLC (2324); Johnny Appleseed's, Inc. (5560); Norm Thompson Outfitters LLC (8344); Northstar Holdings Inc. (6823); Orchard Brands Corporation (6322); Orchard Brands International, Inc. (8962); Orchard Brands Sales Agency, LLC (8855); Value Showcase LLC (2920); WinterSilks, LLC (0688).  The service address for each of the above Debtors is 7075 Flying Cloud Drive, Eden Prairie, Minnesota 55344.

United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 North Market Street, Wilmington, Delaware 19801.  At the same time, you must serve a copy of any objection upon the undersigned proposed counsel to the Debtors so as to be received on or before the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING ON THE MOTION WILL BE HELD ON **MARCH 31 AT 11:30 A.M. (ET)** BEFORE THE HONORABLE MARY F. WALRATH, IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, 5TH FLOOR, COURTROOM NO. 4, WILMINGTON, DELAWARE 19801.

**PLEASE TAKE FURTHER NOTICE THAT, IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR A HEARING.**

Dated:  March 10, 2020
Wilmington, Delaware

*/s/ Joseph M. Mulvihill*
M. Blake Cleary (DE Bar No. 3614)
Jaime Luton Chapman (DE Bar No. 4936)
Joseph M. Mulvihill (DE Bar No. 6061)
**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 571-6600
Facsimile:    (302) 571-1253
Email:           mbcleary@ycst.com
                    jchapman@ycst.com
                    jmulvihill@ycst.com

-and-

Edward O. Sassower, P.C. (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:   (212) 446-4800
Facsimile:    (212) 446-4900

-and-

26142462.1

Patrick J. Nash, P.C. (admitted *pro hac vice*)
W. Benjamin Winger (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:    (312) 862-2200

*Proposed Co-Counsel for the Debtors and Debtors in Possession*

26142462.1

3