# **EXHIBIT B**

**Warshauer Declaration**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| BLUESTEM BRANDS, INC., *et al.*,[1] | ) | Case No. 20-10566 (MFW) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

**DECLARATION OF ROBERT WARSHAUER IN SUPPORT OF**
**THE DEBTORS' MOTION FOR ENTRY OF AN ORDER PURSUANT TO**
**SECTIONS 105 AND 363 OF THE BANKRUPTCY CODE AUTHORIZING**
**THE DEBTORS TO EMPLOY AND RETAIN IMPERIAL CAPITAL, LLC TO**
**PROVIDE A CHIEF RESTRUCTURING OFFICER AND ADDITIONAL PERSONNEL**
**FOR THE DEBTORS EFFECTIVE AS OF THE PETITION DATE**

I, Robert Warshauer, declare under penalty of perjury as follows:

1.      I am a Managing Director at Imperial Capital, LLC ("Imperial"), a professional services firm with an office located at 277 Park Avenue, 48th Floor, New York, NY, 10172.

2.      I submit this Declaration in support of the *Debtors' Motion for Entry of an Order Pursuant to Sections 105 and 363 of the Bankruptcy Code Authorizing the Debtors to Employ and Retain Imperial Capital, LLC to Provide a Chief Restructuring Officer and Additional Personnel for the Debtors Effective as of the Petition Date* (the "Motion").[2] Except as otherwise

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Bluestem Brands, Inc. (5164); Appleseed's Holdings, Inc. (9117); Blair LLC (1670); Bluestem Enterprises, Inc. (1237); Bluestem Fulfillment, Inc. (5931); Bluestem Sales, Inc. (1539); Draper's & Damon's LLC (2759); Gold Violin LLC (0873); Haband Company LLC (8496); Home Forever LLC (2324); Johnny Appleseed's, Inc. (5560); Norm Thompson Outfitters LLC (8344); Northstar Holdings Inc. (6823); Orchard Brands Corporation (6322); Orchard Brands International, Inc. (8962); Orchard Brands Sales Agency, LLC (8855); Value Showcase LLC (2920); WinterSilks, LLC (0688). The service address for each of the above Debtors is 7075 Flying Cloud Drive, Eden Prairie, MN 55344.

[2]     Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

noted,[3] I have personal knowledge of the matters set forth herein and, if called as a witness, I could and would testify thereto.

3.　　Imperial or its personnel have experience in providing company advisory services, financial advisory services, investment banking services, and other complex services to middle market to large multinational restructurings across a wide array of industries. The professionals at Imperial have assisted and advised debtors, creditors, creditors' committees, bondholders, investors, and others in numerous bankruptcy cases, including the following recent cases: *In re Bristow Group, Inc.*, Case No. 19-32713 (DRJ) (Bankr. S.D. Tex. July 30, 2019); *In re PHI, Inc.*, Case No. 19-30923 (Bankr. N.D. Tex. Mar. 14, 2019); *In re J&M Sales Inc.*, Case No. 18-11801 (Bankr. D. Del. Aug. 6, 2018); *In re Bertucci's Holdings, Inc.*, Case No. 18-10894 (Bankr. D. Del. Apr. 15, 2018); *In re Keystone Tube Company LLC*, Case No. 17-11330 (Bankr. D. Del. June 18, 2017); *In re Erickson Inc.*, Case No. 16-34393-hdh (Bankr. N.D. Tex. May 25, 2017); *In re BFN Operations LLC*, Case No. 16-32435 (Bankr. N.D. Tex. Sept. 28, 2016); *In re Republic Airways Holdings Inc.*, Case No. 16-10429 (Bankr. S.D.N.Y. Feb. 25, 2016); and *In re Advance Watch Company LTD*, Case No. 15-12690 (MG) (Bankr. S.D.N.Y. Feb. 19, 2016).

4.　　Since February 18, 2020, I and certain other persons initially provided by Imperial have been working closely with the Debtors' management and professionals, initially in the capacity of financial advisors. Since February 18, 2020, I have served as CRO for each of the Debtors. In that period, I have become familiar with the Debtors, their operations, their financial condition, and other matters that may be relevant to these Chapter 11 Cases. I have worked closely with the Debtors' management and professionals to understand the Debtors' businesses, prepare cash flow projections, analyze restructuring strategies, and perform numerous services

---

[3]　Certain of the disclosures herein relate to matters within the personal knowledge of other professionals at Imperial and are based on information provided by them.

related to the Debtors' restructuring and sale processes and other vital services required to successfully prosecute these Chapter 11 Cases.

5.      Given all of the foregoing, I, and other personnel of Imperial (to the extent requested or required by the Debtors), are well-qualified and able to advise the Debtors in a cost-effective, efficient, and timely manner.  Imperial agrees to work cooperatively with the Debtors' other professionals engaged in these Chapter 11 Cases to integrate any respective work conducted by the professionals on behalf of the Debtors and to avoid unnecessary duplication of services.

6.      In connection with the employment proposed in the Motion, Imperial undertook to determine whether it had any conflicts or other relationships that might cause it not to be disinterested or to hold or represent an interest adverse to the Debtors.  Specifically, Imperial obtained from the Debtors and/or their representatives the names of individuals and entities that may be parties-in-interest in these Chapter 11 Cases (the "Potential Parties-in-Interest") and such parties are listed on **Schedule 1** annexed hereto.  Imperial has researched its electronic client files and records to determine its connections with the Potential Parties-in-Interest.  As far as I have been able to ascertain through these efforts, to the extent that Imperial represents any of the Potential Parties-in-Interest (or their apparent affiliates, as the case may be), such parties are listed on **Schedule 2** annexed hereto as either Sales & Trading ("S&T") relationships, vendor relationships, or past Corporate Finance relationships unrelated to the Debtors or these proceedings.  Imperial's current representation of each entity listed on **Schedule 2** (or its apparent affiliate, as the case may be), however, is only on matters that are unrelated to the Debtors and these Chapter 11 Cases, except as discussed herein.  Other than as listed on **Schedule 2** or discussed herein, I am unaware of any other current engagements of Imperial by the Potential Parties-in-Interest.  Given the size of Imperial and the breadth of its client base, it is

possible that Imperial may now or in the future be retained by one or more of the Potential Parties-in-Interest in unrelated matters. Imperial will continue to analyze any additional Potential Parties-in-Interest that become involved in these proceedings and it will promptly supplement this disclosure to the Court for any representations for additional Potential Parties-in-Interest.

7.      A private investment fund managed by an affiliate of Imperial Capital has an immaterial position in the common stock of Bluestem Group, Inc. Although certain Imperial Capital personnel do have investments in the fund, no one on the Imperial deal team has any discretion or control over the investments of the fund or any knowledge relating to this investment.

8.      With respect to Cerberus Business Finance, LLC ("Cerberus"), Imperial Capital has had S&T relationships with Cerberus and has previously advised lender groups that included Cerberus on matters unrelated to the Debtors or these proceedings, but is not currently engaged by any lender group in which Cerberus is a lender.

9.      Also, in addition to the parties listed on **Schedule 2**, Imperial may represent, or may have represented, or may have S&T relationships with affiliates of Potential Parties-in-Interest and Imperial may have worked with, continue to work with, and/or have mutual clients with, certain accounting and law firms who appear on the Potential Parties-in-Interest list. Imperial may also represent, or may have represented in the past, committees or groups of lenders or creditors in connection with certain restructuring or refinancing engagements, which committees or groups include, or included, entities that appear on the Potential Parties-in-Interest list.

10.     Other than as disclosed herein, Imperial has no relationship with the Debtors of which I am aware after due inquiry.

11.     It is the intention of Imperial to seek compensation as described in the Motion and the Engagement Agreement in accordance with the Bankruptcy Code, the Bankruptcy Rules, and any and all applicable rules and orders of the Court.

12.     Imperial charges its clients for reasonably incurred, out-of-pocket expenses associated with an assignment.  Except as necessary to comply with an applicable order of the Court, all such expense billings are in accordance with Imperial's customary practices.

13.     To the best of my knowledge, the compensation arrangement provided in the Engagement Agreement is consistent with and typical of arrangements entered into by Imperial and other firms rendering similar services to clients such as the Debtors.  To the best of my knowledge, there is no agreement or understanding between Imperial and any nonaffiliated person or entity for sharing compensation received, or to be received, for services rendered by Imperial personnel in connection with these Chapter 11 Cases.

14.     Based upon the foregoing, I believe Imperial is "disinterested" as defined in section 101(14) of the Bankruptcy Code and does not hold or represent an interest materially adverse to the Debtors or their estate.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated this 10th day of March, 2020.

*/s/ Robert Warshauer*
Robert Warshauer

26099437.3

5

## **Schedule 1**

**Listing of Parties-in-Interest Reviewed for Current and Recent Former Relationships**

**Debtors**
Appleseed's Holdings, Inc.
Blair LLC
Bluestem Brands, Inc.
Bluestem Enterprises, Inc.
Bluestem Fulfillment, Inc.
Bluestem Sales, Inc.
Draper's & Damon's LLC
Gold Violin LLC
Haband Company LLC
Home Forever LLC
Johnny Appleseed's, Inc.
Norm Thompson Outfitters LLC
Northstar Holdings, Inc.
Orchard Brands Corporation
Orchard Brands International, Inc.
Orchard Brands Sales Agency, LLC
Value Showcase LLC
Wintersilks, LLC

**Other Non-Debtor Affiliates**
Bluestem Credit Acquisition Corp.
Bluestem Credit Holdings Inc.
Bluestem Global Sourcing India Private Limited
Bluestem Global Sourcing Limited
Bluestem Group Inc.
Bluestem Receivables Acquisition, LLC
Capmark Capital LLC
Capmark Finance LLC
Capmark Management Limited
Capmark Mortgage Securities Inc.
Capmark UK Limited
Capmark Utah Inc.
Commercial Equity Investments LLC
Kauri Broadway Properties SARL
Macon Holdings, LLC
Macon Housing II, Limited Partnership
Protech Development Corporation

**Other Names used in the last 8 years**
Appleseed's
Arizona Mail Order Company, Inc.
Bedford Fair
Blair
Blair Corporation

26099437.3

Blair Credit Services Corporation
Blair Factoring Company
Blair Holdings, Inc.
Blair Payroll, LLC
Draper's & Damon's
Fairview Advertising, LLC
Fingerhut
Fingerhut Direct Marketing, Inc.
Fingerhut Fulfillment, Inc.
Gettington.com
Gold Violin
Haband
Haband Acquisition LLC
Haband Oaks, LP
Haband Online, LLC
Haband Operations, LLC
Home Forever
Linen Source
Linen Source Acquisition LLC
Norm Thompson
Norm Thompson Outfitters, Inc.
Northstar Merger Sub Inc.
OBC Mergerco, Inc.
Old Pueblo Trader
PayCheck Direct
Sahale
Sahale, Solutions
Solutions
The Tog Shop
Wintersilks

**<u>Current Officers and Directors</u>**
Brad T. Atkinson
Bruce M. Cazenave
Chris Tukua
Denise Schramm
Timothy Boates
Jacqueline T. Punch
James E. Slavik
Marc A. Kermisch
Mark A. Williams
Neil P. Ayotte
Barry Kasoff
Thomas L. Fairfield

**Former Officers and Directors (1 year)**
Eugene I. Davis
Steven D. Scheiwe
Peter G. Michielutti

**ABL Lender Agent**
Cerberus Business Finance, LLC

**Term Loan Lender Agent**
Cerberus Business Finance, LLC

**Term Loan Lenders and Syndicating Banks**
Anfield Funding ULC
Capitala Finance Corp.
Cerberus KRS Levered, LLC
Cerberus ASRS Funding LLC
Cerberus AUS Levered Holdings III LLC
Cerberus AUS Levered Holdings LP
Cerberus AUS Levered II LP
Cerberus Capital Management
Cerberus Cavaliers Levered LLC
Cerberus FSBA Levered LLC
Cerberus ICQ Levered, LLC
Cerberus ICQ Offshore Levered LP
Cerberus KRS Levered Loan Opportunities Fund, L.P.
Cerberus Levered Loan Opportunities Fund II LP
Cerberus Levered Loan Opportunities Fund III, L.P.
Cerberus Loan Funding XIX L.P.
Cerberus Loan Funding XVIII L.P.
Cerberus Loan Funding XX L.P.
Cerberus Loan Funding XXI L.P.
Cerberus Loan Funding XXII L.P.
Cerberus N-1 Funding LLC
Cerberus ND Credit Holdings LLC
Cerberus Offshore Levered III Holdings II LP
Cerberus Offshore Levered III LP
Cerberus Offshore Levered Loan Opportunities Master Fund II LP
Cerberus Onshore Levered III LLC
Cerberus PSERS Levered LLC
Cerberus PSERS Levered Loan Opportunities Fund, L.P.
Cerberus Redwood Levered A LLC
Cerberus Redwood Levered Loan Opportunities Fund B, L.P.
Cerberus Stepstone Levered LLC
Cerberus SWC Levered II LLC

Ellington CLO I, Ltd.
Ellington CLO II, Ltd.
Ellington CLO III, Ltd.
Ellington CLO IV, Ltd.
Ellington CLO V, Ltd.
HG Vora Special Opportunities Master Fund Ltd
HMS Funding I LLC
JMP Credit Advisors CLO III(R) Ltd..
JMP Credit Advisors CLO IV Ltd.
JMP Credit Advisors CLO V Ltd.
Knighthead (NY) Fund, LP
Knighthead Annuity & Life Assurance Company
Knighthead Master Fund LP
Libman Family Holdings LLC
Main Street Capital Corporation
MGG Funding II, LLC
MGG Offshore Funding I LLC
Monroe Capital CLO 2014-1. Ltd.
Monroe Capital Corporation
Nut Tree Master Fund, LP
Safety National Casualty Corporation-4
Venture Capital BSL CLO 2015-1, Ltd.
Venture XII CLO Limited
Venture XIII CLO Limited
Venture XIV CLO Limited
Venture XIX CLO, Limited
Venture XV CLO Limited
Venture XVI CLO, Limited
Venture XVII CLO Limited
Venture XVIII CLO, Limited
Venture XX CLO, Limited
Venture XXI CLO, Limited
WebBank
Whitehorse IX, Ltd.
Whitehorse X, Ltd.

**Depository/Disbursement Banks**
PNC Bank, National Association
U.S. Bank, National Association
Wells Fargo, National Association

**Letters of Credit (Beneficiaries and Issuers)**
Avalon Risk Management Inc
Avalon Risk Management Insurance
CBC/White Oak

CIT Group
DIV Ferncroft LLC
Georgia Power Company
Hudson Insurance Company
LF Centennial
Milberg Factors, Inc.
North River Insurance Company
PNC Bank, National Association
Rosenthal & Rosenthal
Sterling National Bank
Travelers Indemnity
Travelers Indemnity
U.S. Bank, National Association
United States Fire Insurance
Wells Fargo Trade Capital Services

**Surety Bond Issuers and Beneficiaries**
American Alternative Insurance Co.
Fidelity and Deposit Company of Maryland
Mississippi Public Service Commission
Southwest Marine & General Insurance Co.
State of New Jersey
US Customs

**Union**
Chicago & Midwest Regional Joint Board Workers United/SEIU Local 978

**Top Unsecured Creditors**
UPS
Adidas America

AMA Systems LLC
Axciom Corporation

Box Inc.
Chi Home a division of Farouk Systems Inc.
Credit Karma Inc.

Dataworks Direct Inc.
Ellison First Asia, LLC

Facebook Inc.

FedEx
First Contact LLC

Flat River Group, LLC
FragranceX.com, Inc.
Franklin Madison Group, LLC
Fuji Film North America Corp.
Global Mail Inc.
Globalwide Media, Inc.
Global Transportation Services Inc.
Golden Triangle Station LLC
Google Inc.
Highjump Software LLC
Huzhou New Century Int'l Trade
Ingram Enertainment Inc.
Jeg and Sons, Inc.
Jiangsu Sainty Hantang Trading
Jiaxing Mengdi Import & Export

Livevox Inc.
Marigold ENT Ltd. Dba Marigold ENT USA LLC
MC Appliance Corp
Microsoft Online Inc.
New – Asurion Corp
New Balance Athletic Shoe, Inc.
Newgistics
Pilot Freight Services
PMC dba Almo Fulfillment Srvcs LLC
Power Sales and Advertising Inc.
Pro Star Logistics Inc.
Pulsar Products Inc.
Quad Graphics Inc.
Rakuten Marketing LLC
Royal Appliance Manufacturing Co.
Ruentex Industries Ltd.

SIP Operating Corp.
Skechers USA Inc.
Tech Mahindra Ltd - Exp
The Apparel Group
The Flower Club
Trademark Global
Yuyao Kaiyuan Knitting Co., Lt

**Shippers and Lienholders related to the Shipping Process not included in other categories**
Global Mail, Inc.
Spee-Dee Delivery Service, Inc.
United States Postal Service

Fed Ex
AME Logistics LLC

**Other Secured Creditors and Parties Who Have Filed Liens**
N/A

**Parties to Material Contracts with the Debtors**
UPS
C.H. Robinson Companies
Credit Karma Inc.
First Contact Inc.
First Data Resources LLC
Global Mail Inc.
Global Transportation Services Inc.
Globalwide Media Inc.
Google Inc.
Impact Mailing of Minnesota
Liberty Property Ltd. Partnership
Medica Health Plans
Newgistics Inc.
Pilot Freight Services Inc.
Quad Graphics Inc.
SID Operating Corp

**Parties to Unexpired Leases with the Debtors (Landlords)**
Bluestem Group Inc.
CenturyLink Communications, LLC
Crossroads Developers Associates, LLC
Crosstown Preserve, LLC
Ferncroft, LLC
Golden Triangle Station LLC
Lakeview Business Center, LLC
Minnesota Logistics II,LLC
Pluto Software Pvt. LTD
SIP Operating Corp
Tins' Enterprises Co., LTD
West Ridge Commons Limited

**Insurance/Insurance Brokers/Insurance Financing Company**
0632 AFB Lloyd's Syndicate
330 AER Lloyd's Syndicate
AIG Specialty Insurance Co.
Aspen Specialty Insurance Company
Associated Industries Insurance Company, Inc. (ANV)
BankDirect Capital Finance

Beazley
Berkley Insurance Co.
Colony Insurance Company
Endurance Risk Solutions Assurance Co. (Sompo)
Endurance Specialty Insurance Limited
Everest Indemnity Insurance Company
Federal Insurance Co. (Chubb)
Hiscox Insurance Company Inc.
Homeland Insurance Company of Delaware
Liberty Surplus Insurance Company
Marsh USA, Inc.
National Union Fire Insurance Company of Pittsburgh, PA (AIG)
Navigator's Insurance Company
Peleus Insurance (Argo)
PICC Property and Casualty Company Limited
QBE Insurance Corporation
Starr Surplus Lines Insurance Company
The Continental Insurance Company (CAN)
The North River Insurance Company (Crum & Forster)
The Ohio Casualty Insurance Company (Liberty)
The Princeton Excess and Surplus Lines Insurance Company
United States Fire Insurance Company (Crum & Forster)
XL Insurance America, Inc.
XL Specialty Insurance Company
Zurich North America

**Major Benefits Administrators or Additional Third Party Administrators**
Avalara, Inc.
Discovery Benefits, Inc.
Medica Health Plans
Odyssey Logistics & Technology Corporation
Optum Healthcare Company
Ryan LLC

**Taxing, Licensing, Regulatory, and Permitting Authorities**
Alabama Department of Revenue
Alabama Secretary of State
Alaska Department of Revenue
Alaska, Division of Corporations, Business and Professional Licensing
Arizona Department of Revenue
Arizona Department of Revenue Unclaimed Property
Arizona Secretary of State
Arkansas Department of Finance and Administration
Arkansas Secretary of State
Auditor of State Unclaimed Property Division (Arkansas)

California Franchise Tax Board
California Secretary of State
California State Board of Equalization
California State Controller Unclaimed Property Division
City of Nome
Colorado Department of Revenue
Colorado Department of the Treasury
Colorado Secretary of State
Commonwealth of Pennsylvania
Commonwealth of Puerto Rico
Commonwealth of Puerto Rico Atty General
Comptroller of Maryland
Comptroller of Maryland Unclaimed Property Unit
Comptroller State of New York
Connecticut Department of Revenue Services
Connecticut, Office of the Secretary of the State
D.C. Treasurer
Delaware Division of Revenue
Delaware Secretary of State
Delaware State Escheator
Department of Financial Services (Florida)
Director of Finance State of Hawaii
District of Columbia Attorney General
District of Columbia, Office of the Secretary
Florida Department of Revenue
Florida Department of State
General Treasurer State of Rhode Island
Georgia Department of Revenue
Georgia Department of Revenue Unclaimed Property Program
Georgia Secretary of State
Hawaii Department of Commerce and Consumer Affairs
Hawaii Department of Taxation
Idaho Secretary of State
Idaho State Tax Commission
Idaho State Tax Commission -- Unclaimed Property
Illinois Department of Revenue
Illinois Secretary of State
Illinois State Treasurer
Indiana Department of Revenue
Indiana Secretary of State
Iowa Department of Revenue
Iowa Secretary of State
Kansas Department of Revenue
Kansas Secretary of State
Kansas State Treasurer Unclaimed Property

Kentucky Department of Revenue
Kentucky Secretary of State
Kentucky State Treasurer
Louisiana Department of Revenue
Louisiana Department of Treasury
Louisiana Secretary of State
Maine Department of Revenue Services
Maine Department of the Secretary of State
Maryland Department of Assessments and Taxation
Massachusetts Department of Revenue
Massachusetts Secretary of the Commonwealth
Michigan Corporations, Securities & Commercial Licensing
Michigan Department of Revenue
Minnesota Department of Commerce
Minnesota Department of Revenue Services
Minnesota Office of the Secretary of State
Mississippi Department of Revenue
Mississippi Secretary of State
Missouri Department of Revenue
Missouri Secretary of State, Corporations Unit
Missouri State Treasurer
Montana Department of Revenue
Montana Secretary of State
Nebraska Department of Revenue
Nebraska Secretary of State
Nebraska State Treasurer
Nevada Department of Taxation
Nevada Secretary of State
Nevada Unclaimed Property
New Hampshire Department of Revenue Administration
New Hampshire Department of State
New Jersey Division of Revenue
New Jersey Division of Taxation
New Mexico Secretary of State, Business Svcs Div
New Mexico Taxation and Revenue Department
New York City Department of Finance
New York State Department of Taxation and Finance
New York State, Department of State
North Carolina Department of Revenue
North Carolina Department of State Treasurer
North Carolina Secretary of State
North Dakota Office of State Tax Commissioner
North Dakota Secretary of State
North Dakota State Land Department
Office of Tax and Revenue (District of Columbia)

Office of West Virginia State Treasurer
Ohio Department of Taxation
Ohio Division of Unclaimed Funds
Ohio Secretary of State
Oklahoma Secretary of State
Oklahoma State Treasurer Unclaimed Property Division
Oklahoma Tax Commission
Oregon Department of Revenue
Oregon Department of State Lands
Oregon Secretary of State
Pennsylvania Department of Revenue
Pennsylvania Department of State
Rhode Island Division of Taxation
Rhode Island Secretary of State
SC State Treasurer Unclaimed Property Program
South Carolina Department of Revenue
South Carolina Secretary of State
South Dakota Department of Revenue and Regulation
South Dakota State Treasurer
State of Alabama Attorney General
State of Alabama Treasurer's Office Unclaimed Property Division
State of Alaska Attorney General
State of Arizona Attorney General
State of Arkansas Attorney General
State of California Attorney General
State of Colorado Attorney General
State of Conneticut Attorney General
State of Delaware Attorney General
State of Florida Attorney General
State of Georgia Attorney General
State of Hawaii Attorney General
State of Idaho Attorney General
State of Illinois Attorney General
State of Indiana
State of Indiana Attorney General
State of Iowa Attorney General
State of Kansas Attorney General
State of Kentucky Attorney General
State of Louisiana Attorney General
State of Maine Attorney General
State of Maryland Attorney General
State of Massachusetts Attorney General
State of Michigan
State of Michigan Attorney General
State of Minnesota Attorney General

State of Mississippi Attorney General
State of Missouri Attorney General
State of Montana Attorney General
State of Nebraska Attorney General
State of Nevada Attorney General
State of New Hampshire Attorney General
State of New Jersey Attorney General
State of New Mexico Attorney General
State of New York Attorney General
State of North Carolina Attorney General
State of North Dakota Attorney General
State of Ohio Attorney General
State of Oklahoma Attorney General
State of Oregon Attorney General
State of Pennsylvania Attorney General
State of Rhode Island Attorney General
State of South Carolina Attorney General
State of South Dakota Attorney General
State of Tennessee Attorney General
State of Texas Attorney General
State of Utah Attorney General
State of Vermont Attorney General
State of Virginia Attorney General
State of Washington Attorney General
State of Washington Unclaimed Property
State of West Virginia Attorney General
State of Wisconsin Attorney General
State of Wyoming Attorney General
State Treasurer of Mississippi Unclaimed Property Division
State Treasury Abandoned Property Division (Massachusetts)
Tennessee Department of Revenue
Tennessee Secretary of State
Texas Comptroller of Public Accounts
Texas Comptroller of Public Accounts - Unclaimed Property
Texas Secretary of State
Treasurer of Virginia
Treasurer State of Connecticut Unclaimed Property
Treasurer State of Iowa
Treasurer State of Maine
Treasurer State of New Hampshire
Treasurer State of New Jersey
Treasurer State of Tennessee
Utah Division of Corporations & Commercial Code
Utah State Tax Commission
Utah State Treasurer

Vermont Department of Taxes
Vermont Secretary of State
Vermont State Treasurer's Office - Unclaimed Property
Virginia Department of Taxation
Virginia State Corporation Commission
Washington Secretary of State
Washington State Department of Revenue
West Virginia Secretary of State
West Virginia State Tax Department
Wisconsin Department of Financial Institutions
Wisconsin Department of Revenue
Wisconsin State Treasury
Wyoming Department of Revenue
Wyoming Secretary of State
Wyoming State Treasurer

**Material Suppliers and Vendors (greater than $3 million annual spend)**
UPS
Adidas America
Affinion Benefits Group
Alfred Dunner Inc.
AMA Systems
Aon Integramark
Asurion Corp
Bissell Homecare International
C.H. Robinson Companies
Carhartt, Inc.
Consumer Electronics Distributors Inc.
Credit Karma Inc.
Cyber City Teleservices Mktg
D and H Distributing
Facebook Inc.
Fidelity Investments Institutional Operating Co., Inc.
First Contact Inc.
First Data Resources LLC
Global Mail Inc.
Global Media Inc.
Global Transportation Services, Inc.
Google Inc.
Impact
Ingram Entertainment Inc.
JEG and Sons Inc.
Jiangsu Sainty Hantang Trading
Jiaxing Mengdi Import & Export
Knit Textiles Mfg Sdn Bhd

LF Centennial Pte Ltd.
Liberty Property Ltd. Partnership
Marigold Ent Ltd. Dba Marigold Ent USA LLC
Medica
MOKA
Newgistics Inc.
Pilot Freight Services
PMC dba Almo Fulfillment Services LLC
Power Sales and Advertising Inc.
Pro Star Logistics Inc.
Puma North America Inc.
Quad Graphics Inc.
Sarinas Fashion LLC
Shanghai Elegant Apparel Co. Ltd.
Sharkninja Sales Company
Shivalik Exports
SIP Operating Corp.
Skechers
Synnex Corporation
The Flower Club
The Timberland Company
U.S. Customs and Border Protection
Yuyao Kaiyuan Knitting Co., Ltd.

**Utility Providers**
Advance Disposal (dba Attaway Waste Services)
Advanced Disposal Services
AT&T
AT&T Mobility
Atlantic Broadband
Brokenstraw Valley Area
Cablevision Lightpath, Inc.
Centerpoint Energy
Centurylink
Charter Communications Holding Co. LLC
City of Eatonton
City of Eden Prairie
Columbia Gas of Pennsylvania
Comcast
Cox Communications
Eatonton Putnam WSA
Equinix Inc.
Georgia Power Company
Hurricane Electric LLC
J and J Contracting LLC

Level 3 Communications LLC
Manhattan Telecommunications
National Fuel Gas Dist Corp
PA Municipal Service Co.
Penelec
Pennsylvania - American
Seneca Oil Company
Stearns Electric Association
The City of St. Cloud
Verizon
Vineyard Oil & Gas Company
West Unified Communications
Xcel Energy

**Parties to Litigation or Potential Litigation**
Aaron Lewis
Alana Neal
Alexander McGuire
Allison Carranza Moreno
Allison Cristina Roberts
Alpha Recovery Corp.
Amanda Moore
Amber Vance
Amina Miller
Amy L. Williams
Angela Buffin Willingham
Angela Davis
Angela Welch
Ann M. Perdue
Anna Zur
Annette Barner
Anthony Greco
Antoinette Suchenko
Antonio Wilson
Arizona LLC
Arletta Lucket-Austin
AudienceScience Inc.
Barbara Andel
Barbara Ann McDonald
Basil Williams
Bed Bath & Beyond
Belk eCommerce LLC
Beth Ann Scharrer
Billy Johnson
Blanca Mendoza

Bob Branco
Boscov's, Inc.
Box, Inc.
Brandon Smith
Brian Sament
Buffy Vickers
Capital Brands, LLC
Carla Cain
Carla Geiger
Center for Environmental Health
Champion Power Equipment
Charles E. Smith
Cheryl Main
Christina Anderson
Christina Burton
Christina M. Kadar
Christina M. Nowman
Christina M. Ruiz
Christina Maria Kadar
Christine Marie Medina
Christine Marie Salek
Christopher Ernest Doherty
Christopher Reed Pierce
Cicindelae, Inc. dba Orangeshine
Collin D. Anderson
Connie Buck
Cory Bowman
Country Door, Inc.
Credit One Bank
Crystal S. Adams
Daniel Ray
Darlene Shade
Dashanae Johnson-Smith
David Howard
David Oquendo
David S. Johnson
DD Karma
Deborah Girad
Debra Kottong
Debra Russell
Delmer Call
Derek Sommers
Donna Mowrey
Donna Winchester
Dorothy Square

Eddie Eskridge
Edward Starski
Edward William Kadar Jr.
Eileen Sultan
Electronic Communication Technology, LLC
Elias Morales
Elizabeth Edelman
Ellamae Matthews
Equifax Information Services, LLC
Ernest Wilson
Estate of Catherine B. Skelton
Evelyn Carvin
Experian Information Solutions, Inc.
Felicia Reed
Financial Recovery Services, Inc.
First Premiere Bank
Flagship Credit Acceptance
Fonda Watson
Frances Dunn
Freolla LLC
Gary Lohden
Geneva Marsh
George Mitchell, Jr.
Geri Steele
Gregory Powers
Gregory Zagorski
Groupon, Inc.
GTT Americas, LLC
Guadalupe Hernandez
Harold Mullinax
Harvey Lozano
Helene Daniels
Herme Garcia
Home Depot, Inc.
Homeland Housewares, LLC
Hyancinth Baugh
Impo International, LLC
Inna Badran
J.C. Penney Corporation, Inc.
Jacqueline Figueroa
James Eddie Roberts
James Hulton
James Pembroke
Javier Cruz Paulio
Jaylaan Lee

Jayne Gileau
JBC International, Inc.
Jean Abner
Jefferson Capital Systems, LLC
Jennifer Bernal
Jennifer Livingston
Jennifer Pembroke
Jennifer Rollins
Jerry Dawson
Jessi Werth
Jessica Butler
Jhama Gallimore
Joann Gordon
John Brown
John Carr
John E. Benton
John E. Williams
John Mitchell as Executor of the Last Will and Testament of Edith Arnold
Johnny Valentin
Jose Cervantes
Joseph Lautenslager
Joseph Tysk
Judy Williams
Karen Goodman
Kevin Ebanks
Kim Slaughter
Kimberly Call
Kishana Mighty
Klauber Brothers, Inc.
Kmart Corporation
Kohl's Department Stores, Inc.
Lareba Hines
Larisa Kingston
Larry S. Hyman
Latoya Robinson
Lena David
Leonardo Lago Planas
Levon Wright
Lisa Epperly
Lisa Gathers
Living Social, Inc.
Logistyx Technologies, LLC
Lorene Hackett
Lorraine Flaherty
Lourdes Granados

LPL Licensing LLC
Lucenda Jackson
LucidWorks
Lulu NYC LLC
Luther Appliance & Furniture Sales
LVNV Funding LLC
Macy's, Inc.
Marci C. Gordon
Marci Oleskewicz
Margaret Miller
Maria McClam
Mario Frison
Marion Manning
Marjana K. Ullah
Markia Lee
Marlene Corgile
Marvin Zmotony
Mary Bilek
Mary Ray
Maurice Emmanuel Williams
Meaghan Walsh
Mechelle Sanders
Melissa Perez
Michael Brewer
Michael D. Slay
Michael Mulligan
Michael Simmons
Michael St. Hilaire
Michael Wilder
Michelle Garcia
Midland Funding, LLC
Midwest Receivable Solutions
Monica Johnson
Naeem Copeland
Natasha Hunt
Newegg Inc.
Nichole Powell
Nicole Andel
Nutribullet, LLC
Okinus, Inc.
Orlando Little
Overland Bond and Investment Corporation
Overstock.com
Palma Borns
Paul E. Dilocker

Paula Lotts
Penny Johnson
Peter Werby
Phoenix Licensing, LLC
Phyllis Dotson
Portfolio Recovery Associates, LLC
QVC, Inc.
Raekita Sexton
Ralph Mancini
Ra'Nesia Callahan
Regina Raborn
Regina Wheelton
Renona Peoples
Resurgent Capital Services, L.P.
RG Barry Corporation
Rhonda Thompson-Kates
Richard Daniels
Richard L. Shriver
Ricky Abercrombie
Ricky Gaither
Ricky Padgett
Robert Fitzgerald
Robert Graham, Jr.
Robert Teague
Robin Woodley
Roger Cherne
Rogue Industries
Rose Austin
Rosie Navarro
Rozalia Spivak
Sabrina Jones
Samara Wright
Samaroo Moonasar
Sandy Falcon
Scott Edelsberg
Seventh Avenue, Inc.
Shana Smith
Shavel Associates, Inc.
Sheila Osborn
Shirley Letica
Shopko Stores Operating Co., LLC
Simone Marcum
Sonja Hogg
Sport Squad on behalf of Dazadi, Inc.
Stacie Bowie

Stanley Taylor
Star Fabrics, Inc.
Stein Mart, Inc.
Stephen Guayante
Stephen L Meininger
Stephon Woods
Susan Montford
SW Textile, Inc.
Tamra J. Mackedanz
Tara Wright
Tatia Aguilar
Telebrands Corp.
The Bank of Missouri
The Quack
The Swiss Colony, LLC
Tigress McDaniel
Trans Union, LLC
Trenton T. Harris
Trueaccord Corp
Tyshawna Hayes
Uwana Davis
Verizon Wireless Services, LLC
Vernon Redmond
Veronica Minjarez Caballero
Victor T. Crabb, Jr.
Virginia Hayes
Walker Edison Furniture Company LLC
Walmart, Inc.
Walter Williams
WebBank
WebBank Corporation
WebFinancial Holding Corp
Wendi Holland
West Interactive Corporation
Weston Lee Shepherd
WGSN, Inc.
White Mark Universal Inc.
William Hodge
Yailyng Alvarez
Yomayra Estefany
Zulily, LLC

**Debtors' Significant Professionals, Consultants, and Service Providers**
Allied Actuarial
Avalara

C T Corporation
Copilevitz and Canter LLC
Davis Wright Tremaine LLP
Dorsey & Whitney LLP
Fredrikson & Byron PA
Grant Thornton LLP
Mayer Brown LLP
McDonald Hopkins LLP
McGuirewoods LLP
Nilan Johnson Lewis PA
Ryan Tax Compliance Services
Stoel Rives LLP
Deloitte & Touche LLP
Faegre Baker Daniels LLP
Mackinac Partners LLC
Ryan LLC
Ernst and Young US LLP

**Debtor Professionals**
Kirkland & Ellis LLP
FTI Consulting, Inc.
Imperial Capital
Prime Clerk, LLC
Deloitte
Young Conaway Stargatt & Taylor, LLP
Ropes & Gray LLP

**Known Professionals for Secured / Unsecured Lenders**
Davis Polk
KTBS Law
Paladin Management Group, LLC

**Proposed DIP Lenders, Agents and Related Parties**
Cerberus Business Finance, LLC

**Bankruptcy Judges for the District of Delaware**
Brendan L. Shannon
Christopher S. Sontchi
John T. Dorsey
Karen B. Owens
Kevin Gross
Laurie Selber Silverstein
Mary F. Walrath

**Attorneys for the United States Trustee's Office for the District of Delaware**

Andrew R. Vara (US Trustee)
Benjamin Hackman
Christine Green
David Buchbinder
David Villagrana
Diane Giordano
Dion Wynn
Edith A. Serrano
Hannah M. McCollum
Holly Dice
James R. O'Malley
Jane Leamy
Jeffrey Heck
Juliet Sarkessian
Karen Starr
Lauren Attix
Linda Casey
Linda Richenderfer
Michael Panacio
Ramona Vinson
Richard Schepacarter
Robert Agarwal
Shakima L. Dortch
T. Patrick Tinker
Timothy J. Fox, Jr

## **Schedule 2**

**Listing of Parties-in-Interest Noted for Court Disclosure**

**Sales & Trading or Vendor Relationship**

| Name | Relationship to Debtors | Relationship to IC |
|---|---|---|
| Bluestem Group Inc. | Other Non-Debtor Affiliates | Investment (Affiliated Investment Advisor) |
| Blair - William Blair & Co | Other Names used in the last 8 years | S&T Relationship - William Blair & Co |
| City National Bank | ABL Lenders | S&T Relationship - City National, also Vendor |
| Credit Suisse AG, Cayman Island Branch | ABL Lenders | S&T Relationship - Credit Suisse IG, Credit Suisse Private Client, Credit Suisse Asset Management |
| PNC Bank, National Association | ABL Lenders | S&T Relationship - PNC Bank |
| U.S. Bank, National Association | ABL Lenders | S&T Relationship - U.S. Bank |
| Wells Fargo Bank, National Association | ABL Lenders | S&T Relationship - Wells Fargo Bank, also Vendor |
| Anfield Funding ULC | Term Loan Lenders and Syndicating Banks | S&T Relationship - Anfield Capital Management |
| Capitala Finance Corp | Term Loan Lenders and Syndicating Banks | S&T Relationship - Capitala Finance Corp |
| Cerberus KRS Levered, LLC | Term Loan Lenders and Syndicating Banks | S&T Relationship - Cerberus Partners LP |
| Cerberus ASRS Funding LLC | Term Loan Lenders and Syndicating Banks | S&T Relationship - Cerberus Partners LP |
| Cerberus AUS Levered Holdings III LLC | Term Loan Lenders and Syndicating Banks | S&T Relationship - Cerberus Partners LP |
| Cerberus AUS Levered Holdings LP | Term Loan Lenders and Syndicating Banks | S&T Relationship - Cerberus Partners LP |
| Cerberus AUS Levered II LP | Term Loan Lenders and Syndicating Banks | S&T Relationship - Cerberus Partners LP |
| Cerberus Cavaliers Levered LLC | Term Loan Lenders and Syndicating Banks | S&T Relationship - Cerberus Partners LP |
| Cerberus FSBA Levered LLC | Term Loan Lenders and Syndicating Banks | S&T Relationship - Cerberus Partners LP |
| Cerberus ICQ Levered, LLC | Term Loan Lenders and Syndicating Banks | S&T Relationship - Cerberus Partners LP |
| Cerberus ICQ Offshore Levered LP | Term Loan Lenders and Syndicating Banks | S&T Relationship - Cerberus Partners LP |
| Cerberus KRS Levered Loan Opportunities Fund, L.P. | Term Loan Lenders and Syndicating Banks | S&T Relationship - Cerberus Partners LP |
| Cerberus Levered Loan Opportunities Fund II LP | Term Loan Lenders and Syndicating Banks | S&T Relationship - Cerberus Partners LP |
| Cerberus Levered Loan Opportunities Fund III, L.P. | Term Loan Lenders and Syndicating Banks | S&T Relationship - Cerberus Partners LP |
| Cerberus Loan Funding XIX L.P. | Term Loan Lenders and Syndicating Banks | S&T Relationship - Cerberus Partners LP |
| Cerberus Loan Funding XVIII L.P. | Term Loan Lenders and Syndicating Banks | S&T Relationship - Cerberus Partners LP |
| Cerberus Loan Funding XX L.P. | Term Loan Lenders and Syndicating Banks | S&T Relationship - Cerberus Partners LP |
| Cerberus Loan Funding XXI L.P. | Term Loan Lenders and Syndicating Banks | S&T Relationship - Cerberus Partners LP |
| Cerberus Loan Funding XXII L.P. | Term Loan Lenders and Syndicating Banks | S&T Relationship - Cerberus Partners LP |
| Cerberus N-1 Funding LLC | Term Loan Lenders and Syndicating Banks | S&T Relationship - Cerberus Partners LP |
| Cerberus ND Credit Holdings LLC | Term Loan Lenders and Syndicating Banks | S&T Relationship - Cerberus Partners LP |
| Cerberus Offshore Levered III Holdings II LP | Term Loan Lenders and Syndicating Banks | S&T Relationship - Cerberus Partners LP |
| Cerberus Offshore Levered III LP | Term Loan Lenders and Syndicating Banks | S&T Relationship - Cerberus Partners LP |
| Cerberus Offshore Levered Loan Opportunities Master Fur | Term Loan Lenders and Syndicating Banks | S&T Relationship - Cerberus Partners LP |
| Cerberus Onshore Levered III LLC | Term Loan Lenders and Syndicating Banks | S&T Relationship - Cerberus Partners LP |
| Cerberus PSERS Levered LLC | Term Loan Lenders and Syndicating Banks | S&T Relationship - Cerberus Partners LP |
| Cerberus PSERS Levered Loan Opportunities Fund, L.P. | Term Loan Lenders and Syndicating Banks | S&T Relationship - Cerberus Partners LP |
| Cerberus Redwood Levered A LLC | Term Loan Lenders and Syndicating Banks | S&T Relationship - Cerberus Partners LP |
| Cerberus Redwood Levered Loan Opportunities Fund B, L. | Term Loan Lenders and Syndicating Banks | S&T Relationship - Cerberus Partners LP |
| Cerberus Stepstone Levered LLC | Term Loan Lenders and Syndicating Banks | S&T Relationship - Cerberus Partners LP |
| Cerberus SWC Levered II LLC | Term Loan Lenders and Syndicating Banks | S&T Relationship - Cerberus Partners LP |
| Ellington CLO I, Ltd. | Term Loan Lenders and Syndicating Banks | S&T Relationship - Ellington Asset Management |
| Ellington CLO II, Ltd. | Term Loan Lenders and Syndicating Banks | S&T Relationship - Ellington Asset Management |
| Ellington CLO III, Ltd. | Term Loan Lenders and Syndicating Banks | S&T Relationship - Ellington Asset Management |
| Ellington CLO IV, Ltd. | Term Loan Lenders and Syndicating Banks | S&T Relationship - Ellington Asset Management |
| Ellington CLO V, Ltd. | Term Loan Lenders and Syndicating Banks | S&T Relationship - Ellington Asset Management |
| HG Vora Special Opportunities Master Fund Ltd | Term Loan Lenders and Syndicating Banks | S&T Relationship - HG Vora Capital |
| JMP Credit Advisors CLO III(R) Ltd.. | Term Loan Lenders and Syndicating Banks | S&T Relationship - Medalist Partners (JMP) |
| JMP Credit Advisors CLO IV Ltd. | Term Loan Lenders and Syndicating Banks | S&T Relationship - Medalist Partners (JMP) |
| JMP Credit Advisors CLO V Ltd. | Term Loan Lenders and Syndicating Banks | S&T Relationship - Medalist Partners (JMP) |
| Knighthead (NY) Fund, LP | Term Loan Lenders and Syndicating Banks | S&T Relationship - Knighthead Capital |
| Knighthead Annuity & Life Assurance Company | Term Loan Lenders and Syndicating Banks | S&T Relationship - Knighthead Capital |
| Knighthead Master Fund LP | Term Loan Lenders and Syndicating Banks | S&T Relationship - Knighthead Capital |
| Main Street Capital Corporation | Term Loan Lenders and Syndicating Banks | S&T Relationship - Main Street Capital Corp |
| Monroe Capital CLO 2014-1. Ltd. | Term Loan Lenders and Syndicating Banks | S&T Relationship - Monroe Capital |
| Monroe Capital Corporation | Term Loan Lenders and Syndicating Banks | S&T Relationship - Monroe Capital |
| Nut Tree Master Fund, LP | Term Loan Lenders and Syndicating Banks | S&T Relationship - Nut Tree Capital |
| Venture Capital BSL CLO 2015-1, Ltd. | Term Loan Lenders and Syndicating Banks | S&T Relationship - BancBoston Venture Cap |
| Venture XII CLO Limited | Term Loan Lenders and Syndicating Banks | S&T Relationship - BancBoston Venture Cap |
| Venture XIII CLO Limited | Term Loan Lenders and Syndicating Banks | S&T Relationship - BancBoston Venture Cap |
| Venture XIV CLO Limited | Term Loan Lenders and Syndicating Banks | S&T Relationship - BancBoston Venture Cap |
| Venture XIX CLO, Limited | Term Loan Lenders and Syndicating Banks | S&T Relationship - BancBoston Venture Cap |
| Venture XV CLO Limited | Term Loan Lenders and Syndicating Banks | S&T Relationship - BancBoston Venture Cap |
| Venture XVI CLO, Limited | Term Loan Lenders and Syndicating Banks | S&T Relationship - BancBoston Venture Cap |
| Venture XVII CLO Limited | Term Loan Lenders and Syndicating Banks | S&T Relationship - BancBoston Venture Cap |
| Venture XVIII CLO, Limited | Term Loan Lenders and Syndicating Banks | S&T Relationship - BancBoston Venture Cap |
| Venture XX CLO, Limited | Term Loan Lenders and Syndicating Banks | S&T Relationship - BancBoston Venture Cap |
| Venture XXI CLO, Limited | Term Loan Lenders and Syndicating Banks | S&T Relationship - BancBoston Venture Cap |
| WebBank | Term Loan Lenders and Syndicating Banks | S&T Relationship - WebBank |
| Whitehorse IX, Ltd. | Term Loan Lenders and Syndicating Banks | S&T Relationship - HIG Capital (Bayside/Whitehorse), Whitehorse Capital |
| Whitehorse X, Ltd. | Term Loan Lenders and Syndicating Banks | S&T Relationship - HIG Capital (Bayside/Whitehorse), Whitehorse Capital |
| PNC Bank, National Association | Depository/Disbursement Banks | S&T Relationship - PNC Bank |
| U.S. Bank, National Association | Depository/Disbursement Banks | S&T Relationship - U.S. Bank |
| Wells Fargo, National Association | Depository/Disbursement Banks | S&T Relationship - Wells Fargo Bank, also Vendor |
| Avalon Risk Management Inc | Letters of Credit (Beneficiaries and Issuers) | S&T Relationship - Avalon Global, Avalon Advisors, Avalon Capital Partners |
| CBC/White Oak | Letters of Credit (Beneficiaries and Issuers) | S&T Relationship - White Oak Global Advisors, White Oak Advisors |
| CIT Group | Letters of Credit (Beneficiaries and Issuers) | S&T Relationship - CIT Group |
| PNC Bank, National Association | Letters of Credit (Beneficiaries and Issuers) | S&T Relationship - PNC Bank |
| Sterling National Bank | Letters of Credit (Beneficiaries and Issuers) | S&T Relationship - Sterling Bank, Sterling Ridge Capital Management, Sterling Capital Management, Sterling |
| Travelers Indemnity | Letters of Credit (Beneficiaries and Issuers) | Travelers |
| U.S. Bank, National Association | Letters of Credit (Beneficiaries and Issuers) | S&T Relationship - U.S. Bank |
| Wells Fargo Trade Capital Services | Letters of Credit (Beneficiaries and Issuers) | S&T Relationship - Wells Fargo Bank, also Vendor |
| State of New Jersey | Surety Bond Issuers and Beneficiaries | State of New Jersey IG |
| UPS | Top Unsecured Creditors, Vendors/Suppliers, and Parties to Material Contracts | Vendor |
| CIT Group Commercial Services | Top Unsecured Creditors, Vendors/Suppliers, and Parties to Material Contracts | S&T Relationship - CIT Group |
| Fidelity Investments Institutional Operating Co., Inc. | Top Unsecured Creditors, Vendors/Suppliers, and Parties to Material Contracts | S&T Relationship - Fidelity Investments, Fidelity Management & Research, Fidelity National Financial, Fideli |
| Google Inc. | Top Unsecured Creditors, Vendors/Suppliers, and Parties to Material Contracts | S&T Relationship - Google Inc |
| Puma North America Inc. | Top Unsecured Creditors, Vendors/Suppliers, and Parties to Material Contracts | Puma |
| Wells Fargo Bank, N.A. | Top Unsecured Creditors, Vendors/Suppliers, and Parties to Material Contracts | S&T Relationship - Wells Fargo Bank; also Vendor |
| United States Postal Service | Shippers and Lienholders related to the Shipping Process not included in other categories | Vendor |
| Fed Ex | Shippers and Lienholders related to the Shipping Process not included in other categories | Vendor |
| 0632 AFB Lloyd's Syndicate | Insurance/Insurance Brokers/Insurance Financing Company | S&T Relationship - Lloyds TSB |
| 330 AER Lloyd's Syndicate | Insurance/Insurance Brokers/Insurance Financing Company | S&T Relationship - Lloyds TSB |
| AIG Specialty Insurance Co. | Insurance/Insurance Brokers/Insurance Financing Company | S&T Relationship - AIG New York |
| Federal Insurance Co. (Chubb) | Insurance/Insurance Brokers/Insurance Financing Company | Vendor |
| QBE Insurance Corporation | Insurance/Insurance Brokers/Insurance Financing Company | S&T Relationship - QBE Americas Inc |
| The Continental Insurance Company (CAN) | Insurance/Insurance Brokers/Insurance Financing Company | S&T Relationship - Continental Advisors, Continental Resources |
| The Ohio Casualty Insurance Company (Liberty) | Insurance/Insurance Brokers/Insurance Financing Company | S&T Relationship - Ohio Casualty(see Liberty), Liberty Harbor, Liberty Square Asset, Peerless Insurance, Ope |
| Zurich North America | Insurance/Insurance Brokers/Insurance Financing Company | S&T Relationship - Zurich Insurance Group AG |
| Michigan Corporations, Securities & Commercial Licensin | Taxing, Licensing, Regulatory, and Permitting Authorities | S&T Relationship - State of Michigan |
| Michigan Department of Revenue | Taxing, Licensing, Regulatory, and Permitting Authorities | S&T Relationship - State of Michigan |
| New Jersey Division of Revenue | Taxing, Licensing, Regulatory, and Permitting Authorities | S&T Relationship - State of New Jersey IG |
| New Jersey Division of Taxation | Taxing, Licensing, Regulatory, and Permitting Authorities | S&T Relationship - State of New Jersey IG |
| New Mexico Secretary of State, Business Svcs Div | Taxing, Licensing, Regulatory, and Permitting Authorities | S&T Relationship - New Mexico State Investment Council (New Mexico State) |
| South Dakota Department of Revenue and Regulation | Taxing, Licensing, Regulatory, and Permitting Authorities | S&T Relationship - South Dakota Investment Council (State of South Dakota) |
| South Dakota State Treasurer | Taxing, Licensing, Regulatory, and Permitting Authorities | S&T Relationship - South Dakota Investment Council (State of South Dakota) |
| State of Michigan | Taxing, Licensing, Regulatory, and Permitting Authorities | S&T Relationship - State of Michigan |
| State of Michigan Attorney General | Taxing, Licensing, Regulatory, and Permitting Authorities | S&T Relationship - State of Michigan |
| State of New Jersey Attorney General | Taxing, Licensing, Regulatory, and Permitting Authorities | S&T Relationship - State of New Jersey IG |

| | | |
|---|---|---|
| State of New Mexico Attorney General | Taxing, Licensing, Regulatory, and Permitting Authorities | S&T Relationship - New Mexico State Investment Council (New Mexico State) |
| State of South Carolina Attorney General | Taxing, Licensing, Regulatory, and Permitting Authorities | S&T Relationship - State Treasurer of South Carolina |
| State of South Dakota Attorney General | Taxing, Licensing, Regulatory, and Permitting Authorities | S&T Relationship - South Dakota Investment Council (State of South Dakota) |
| Treasurer State of New Jersey | Taxing, Licensing, Regulatory, and Permitting Authorities | S&T Reltionship - State of New Jersey IG |
| Wisconsin Department of Financial Institutions | Taxing, Licensing, Regulatory, and Permitting Authorities | S&T Relationship - State of Wisconsin |
| Wisconsin Department of Revenue | Taxing, Licensing, Regulatory, and Permitting Authorities | S&T Relationship - State of Wisconsin |
| Wisconsin State Treasury | Taxing, Licensing, Regulatory, and Permitting Authorities | S&T Relationship - State of Wisconsin |
| AT&T | Utility Providers | Vendor |
| Centurylink | Utility Providers | Vendor |
| Comcast | Utility Providers | Vendor |
| Verizon | Utility Providers | Vendor |
| Flagship Credit Acceptance | Parties to Litigation or Potential Litigation – Corporate | S&T Relationship - Similar name --Flagship Bank |
| Verizon Wireless Services, LLC | Parties to Litigation or Potential Litigation – Corporate | Vendor |
| WebBank | Parties to Litigation or Potential Litigation – Corporate | S&T Relationship - WebBank |
| WebBank Corporation | Parties to Litigation or Potential Litigation – Corporate | S&T Relationship - WebBank |
| WebFinancial Holding Corp | Parties to Litigation or Potential Litigation – Corporate | S&T Relationship - WebBank |
| Deloitte & Touche LLP | Debtors' Significant Professionals, Consultants, and Service Providers | Vendor - Advisors |
| Ernst and Young US LLP | Debtors' Significant Professionals, Consultants, and Service Providers | Vendor - Advisors |
| Akin Gump Strauss Hauer & Feld LLP | Debtor Professionals | S&T Relationship – Akin Gump Strauss Hauer & Feld LLP |
| Houlihan Lokey | Debtor Professionals | S&T Relationship - Houlihan Lokey |
| Deloitte | Debtor Professionals | Vendor - Advisors |
| Davis Polk | Known Professionals for Secured / Unsecured Lenders | Vendor - Advisors |
| Cerberus Business Finance, LLC | Proposed DIP Lenders, Agents and Related Parties | S&T Relationship – Similar name: Cerberus Partners LP |

**Past Corporate Finance Relationship**

| Name | Relationship to Debtors | Appear in Database As |
|---|---|---|
| Adidas America | Top Unsecured Creditors, Vendors/Suppliers, and Parties to Material Contracts | Adidas |
| Akin Gump Strauss Hauer & Feld LLP | Debtor Professionals | |
| Appleseed's | Other Names used in the last 8 years | |
| Appleseed's Holdings, Inc. | Debtors | |
| AT&T | Utility Providers | |
| Capital Brands, LLC | Parties to Litigation or Potential Litigation – Corporate | |
| Capmark Capital LLC | Other Non-Debtor Affiliates | Capmark |
| Capmark Finance LLC | Other Non-Debtor Affiliates | Capmark |
| Capmark Management Limited | Other Non-Debtor Affiliates | Capmark |
| Capmark Mortgage Securities Inc. | Other Non-Debtor Affiliates | Capmark |
| Capmark UK Limited | Other Non-Debtor Affiliates | Capmark |
| Capmark Utah Inc. | Other Non-Debtor Affiliates | Capmark |
| CBC/White Oak | Letters of Credit (Beneficiaries and Issuers) | CBC Management, CBC Co. Ltd. |
| Centerpoint Energy | Utility Providers | |
| Cerberus ASRS Funding LLC | Term Loan Lenders and Syndicating Banks | Cerberus |
| Cerberus AUS Levered Holdings III LLC | Term Loan Lenders and Syndicating Banks | Cerberus |
| Cerberus AUS Levered Holdings LP | Term Loan Lenders and Syndicating Banks | Cerberus |
| Cerberus AUS Levered II LP | Term Loan Lenders and Syndicating Banks | Cerberus |
| Cerberus Cavaliers Levered LLC | Term Loan Lenders and Syndicating Banks | Cerberus |
| Cerberus FSBA Levered LLC | Term Loan Lenders and Syndicating Banks | Cerberus |
| Cerberus ICQ Levered, LLC | Term Loan Lenders and Syndicating Banks | Cerberus |
| Cerberus ICQ Offshore Levered LP | Term Loan Lenders and Syndicating Banks | Cerberus |
| Cerberus KRS Levered Loan Opportunities Fund, L.P. | Term Loan Lenders and Syndicating Banks | Cerberus |
| Cerberus KRS Levered, LLC | Term Loan Lenders and Syndicating Banks | Cerberus |
| Cerberus Levered Loan Opportunities Fund II LP | Term Loan Lenders and Syndicating Banks | Cerberus |
| Cerberus Levered Loan Opportunities Fund III, L.P. | Term Loan Lenders and Syndicating Banks | Cerberus |
| Cerberus Loan Funding XIX L.P. | Term Loan Lenders and Syndicating Banks | Cerberus |
| Cerberus Loan Funding XVIII L.P. | Term Loan Lenders and Syndicating Banks | Cerberus |
| Cerberus Loan Funding XX L.P. | Term Loan Lenders and Syndicating Banks | Cerberus |
| Cerberus Loan Funding XXI L.P. | Term Loan Lenders and Syndicating Banks | Cerberus |
| Cerberus Loan Funding XXII L.P. | Term Loan Lenders and Syndicating Banks | Cerberus |
| Cerberus N-1 Funding LLC | Term Loan Lenders and Syndicating Banks | Cerberus |
| Cerberus ND Credit Holdings LLC | Term Loan Lenders and Syndicating Banks | Cerberus |
| Cerberus Offshore Levered III Holdings II LP | Term Loan Lenders and Syndicating Banks | Cerberus |
| Cerberus Offshore Levered III LP | Term Loan Lenders and Syndicating Banks | Cerberus |
| Cerberus Offshore Levered Loan Opportunities Master Fur | Term Loan Lenders and Syndicating Banks | Cerberus |
| Cerberus Onshore Levered III LLC | Term Loan Lenders and Syndicating Banks | Cerberus |
| Cerberus PSERS Levered LLC | Term Loan Lenders and Syndicating Banks | Cerberus |
| Cerberus PSERS Levered Loan Opportunities Fund, L.P. | Term Loan Lenders and Syndicating Banks | Cerberus |
| Cerberus Redwood Levered A LLC | Term Loan Lenders and Syndicating Banks | Cerberus |
| Cerberus Redwood Levered Loan Opportunities Fund B, L | Term Loan Lenders and Syndicating Banks | Cerberus |
| Cerberus Stepstone Levered LLC | Term Loan Lenders and Syndicating Banks | Cerberus |
| Cerberus SWC Levered II LLC | Term Loan Lenders and Syndicating Banks | Cerberus |
| CIT Group | Letters of Credit (Beneficiaries and Issuers) | |
| CIT Group Commercial Services | Top Unsecured Creditors, Vendors/Suppliers, and Parties to Material Contracts | CIT Group, The CIT Group/Business Credit |
| City National Bank | ABL Lenders | |
| Comcast | Utility Providers | |
| Cox Communications | Utility Providers | |
| Credit Suisse AG, Cayman Island Branch | ABL Lenders | Credit Suisse |
| David Buchbinder | Attorneys for the United States Trustee's Office for the District of Delaware | |
| Davis Polk | Known Professionals for Secured / Unsecured Lenders | Davis Polk & Wardwell |
| Davis Wright Tremaine LLP | Debtors' Significant Professionals, Consultants, and Service Providers | |
| Deloitte | Debtor Professionals | |
| Deloitte & Touche LLP | Debtors' Significant Professionals, Consultants, and Service Providers | |
| Ellington CLO I, Ltd. | Term Loan Lenders and Syndicating Banks | Ellington CLO |
| Ellington CLO II, Ltd. | Term Loan Lenders and Syndicating Banks | Ellington CLO |
| Ellington CLO III, Ltd. | Term Loan Lenders and Syndicating Banks | Ellington CLO |
| Ellington CLO IV, Ltd. | Term Loan Lenders and Syndicating Banks | Ellington CLO |
| Ellington CLO V, Ltd. | Term Loan Lenders and Syndicating Banks | Ellington CLO |
| Ernst and Young US LLP | Debtors' Significant Professionals, Consultants, and Service Providers | Ernst & Young LLP |
| Facebook Inc. | Top Unsecured Creditors, Vendors/Suppliers, and Parties to Material Contracts | |
| Fidelity Investments Institutional Operating Co., Inc. | Top Unsecured Creditors, Vendors/Suppliers, and Parties to Material Contracts | Fidelity Capital Investors, Fidelity Management & Research Co. |
| FTI Consulting, Inc. | Debtor Professionals | |
| Google Inc. | Top Unsecured Creditors, Vendors/Suppliers, and Parties to Material Contracts | |
| HG Vora Special Opportunities Master Fund Ltd | Term Loan Lenders and Syndicating Banks | HG Vora Capital Management |
| HMS Funding I LLC | Term Loan Lenders and Syndicating Banks | HMS Income Fund, HMS Aviation |
| Home Depot, Inc. | Parties to Litigation or Potential Litigation – Corporate | |
| Houlihan Lokey | Debtor Professionals | Houlihan Lokey Howard & Zukin |
| Jacqueline Figeroa | Parties to Litigation or Potential Litigation – Individual | |
| John Mitchell as Executor of the Last Will and Testament ( | Parties to Litigation or Potential Litigation – Individual | General Counsel, Wehrenberg Theatres |
| Karen Goodman | Parties to Litigation or Potential Litigation – Individual | |
| Knighthead (NY) Fund, LP | Term Loan Lenders and Syndicating Banks | Knighthead Capital Management LLC |
| Knighthead Annuity & Life Assurance Company | Term Loan Lenders and Syndicating Banks | Knighthead Capital Management LLC |
| Knighthead Master Fund LP | Term Loan Lenders and Syndicating Banks | Knighthead Capital Management LLC |
| Level 3 Communications LLC | Utility Providers | |
| Levi Strauss & Co. | Top Unsecured Creditors, Vendors/Suppliers, and Parties to Material Contracts | |
| Louisiana Secretary of State | Taxing, Licensing, Regulatory, and Permitting Authorities | State of Louisiana |
| Main Street Capital Corporation | Term Loan Lenders and Syndicating Banks | |
| Marsh USA, Inc. | Insurance/Insurance Brokers/Insurance Financing Company | Marsh |
| Mayer Brown LLP | Debtors' Significant Professionals, Consultants, and Service Providers | |
| McGuirewoods LLP | Debtors' Significant Professionals, Consultants, and Service Providers | |
| Michael Simmons | Parties to Litigation or Potential Litigation – Individual | |

| Monroe Capital CLO 2014-1. Ltd. | Term Loan Lenders and Syndicating Banks | Monroe Capital |
| Monroe Capital Corporation | Term Loan Lenders and Syndicating Banks | |
| Nut Tree Master Fund, LP | Term Loan Lenders and Syndicating Banks | Nut Tree Capital |
| Orchard Brands Corporation | Debtors | Orchard Brands |
| Orchard Brands International, Inc. | Debtors | Orchard Brands |
| Orchard Brands Sales Agency, LLC | Debtors | Orchard Brands |
| Overstock.com | Parties to Litigation or Potential Litigation – Corporate | |
| PNC Bank, National Association | ABL Lenders | PNC Bank |
| PNC Bank, National Association | Depository/Disbursement Banks | PNC Bank |
| PNC Bank, National Association | Letters of Credit (Beneficiaries and Issuers) | PNC Bank |
| Reebok International | Top Unsecured Creditors, Vendors/Suppliers, and Parties to Material Contracts | Reebok |
| Ropes & Gray LLP | Debtor Professionals | |
| Rosenthal & Rosenthal | Letters of Credit (Beneficiaries and Issuers) | |
| Royal Appliance Manufacturing Co. | Top Unsecured Creditors, Vendors/Suppliers, and Parties to Material Contracts | Royal Appliance |
| Ryan LLC | Major Benefits Administrators or Additional Third Party Administrators | Ryan Companies US |
| Sahale | Other Names used in the last 8 years | Sahale Snacks |
| Sahale, Solutions | Other Names used in the last 8 years | Sahale Snacks |
| Skechers | Top Unsecured Creditors, Vendors/Suppliers, and Parties to Material Contracts | |
| State of California Attorney General | Taxing, Licensing, Regulatory, and Permitting Authorities | State of California |
| State of Colorado Attorney General | Taxing, Licensing, Regulatory, and Permitting Authorities | State of Colorado |
| State of Louisiana Attorney General | Taxing, Licensing, Regulatory, and Permitting Authorities | State of Louisiana |
| State of Tennessee Attorney General | Taxing, Licensing, Regulatory, and Permitting Authorities | State of Tennessee |
| Sterling National Bank | Letters of Credit (Beneficiaries and Issuers) | |
| Steel Rivers LLP | Debtors' Significant Professionals, Consultants, and Service Providers | |
| Tennessee Secretary of State | Taxing, Licensing, Regulatory, and Permitting Authorities | State of Tennessee |
| The North River Insurance Company (Crum & Forster) | Insurance/Insurance Brokers/Insurance Financing Company | North River Group; North River Capital |
| Tristar Products, Inc. | Top Unsecured Creditors, Vendors/Suppliers, and Parties to Material Contracts | |
| U.S. Bank, National Association | ABL Lenders | |
| U.S. Bank, National Association | Depository/Disbursement Banks | |
| U.S. Bank, National Association | Letters of Credit (Beneficiaries and Issuers) | |
| UPS | Top Unsecured Creditors, Vendors/Suppliers, and Parties to Material Contracts | UPS Capital |
| Verizon | Utility Providers | Verizon Wireless |
| Verizon Wireless Services, LLC | Parties to Litigation or Potential Litigation – Corporate | Verizon Wireless |
| Walmart, Inc. | Parties to Litigation or Potential Litigation – Corporate | |
| Walter Williams | Parties to Litigation or Potential Litigation – Individual | |
| WebBank | Term Loan Lenders and Syndicating Banks | |
| WebBank | Parties to Litigation or Potential Litigation – Corporate | |
| Wells Fargo Bank, N.A. | Top Unsecured Creditors, Vendors/Suppliers, and Parties to Material Contracts | |
| Wells Fargo Bank, National Association | ABL Lenders | Wells Fargo Bank |
| Wells Fargo Trade Capital Services | Letters of Credit (Beneficiaries and Issuers) | Wells Fargo |
| Wells Fargo, National Association | Depository/Disbursement Banks | Wells Fargo, Wells Fargo Bank, Wells Fargo Investments |
| Whitehorse IX, Ltd. | Term Loan Lenders and Syndicating Banks | WhiteHorse Capital |
| Whitehorse X, Ltd. | Term Loan Lenders and Syndicating Banks | WhiteHorse Capital |
| Young Conaway Stargatt & Taylor, LLP | Debtor Professionals | X |