# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BLUESTEM BRANDS, INC., *et al.*, | Case No. 20-10566 (MFW) |
| Debtors.[1] | Jointly Administered |

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that SIP Operating Corp. ("SIP"), by and through its counsel, Gleichenhaus, Marchese & Weishaar, PC and The Rosner Law Group LLC, hereby appears in the above-captioned cases pursuant to Section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and hereby requests that copies of all notices and pleadings given or filed in the above-captioned cases be given and served upon the persons listed below at the following addresses, telephone numbers and e-mail addresses:

| | |
|---|---|
| Scott J. Bogucki, Esq. | Scott J. Leonhardt, Esq. |
| Gleichenhaus, Marchese & Weishaar, PC | The Rosner Law Group LLC |
| 43 Court Street, Suite 930 | 824 N. Market Street, Suite 810 |
| Buffalo, New York 14202 | Wilmington, Delaware 19801 |
| Tel: (716) 845-6446 | Tel: (302) 777-1111 |
| Email: sbogucki@gmwlawyers.com | Email: leonhardt@teamrosner.com |

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any notice, application,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Bluestem Brands, Inc. (5164); Appleseed's Holdings, Inc. (9117); Blair LLC (1670); Bluestem Enterprises, Inc. (1237); Bluestem Fulfillment, Inc. (5931); Bluestem Sales, Inc. (1539); Draper's & Damon's LLC (2759); Gold Violin LLC (0873); Haband Company LLC (8496); Home Forever LLC (2324); Johnny Appleseed's, Inc. (5560); Norm Thompson Outfitters LLC (8344); Northstar Holdings Inc. (6823); Orchard Brands Corporation (6322); Orchard Brands International, Inc. (8962); Orchard Brands Sales Agency, LLC (8855); Value Showcase LLC (2920); WinterSilks, LLC (0688). The service address for each of the above Debtors is 7075 Flying Cloud Drive, Eden Prairie, MN 55344.

{00027868. }

complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral and whether transmitted or conveyed by mail, e-mail, facsimile, telephone, telegraph, telex, or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that the undersigned intends that neither this Notice of Appearance and Demand for Service of Papers nor any later appearance, pleadings, claim or suit shall be deemed or construed to be a waiver of the rights of SIP: (1) to have final orders in noncore matters entered only after de novo review by a District Judge, (2) to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) or any other rights, claims, actions, setoffs, or recoupments to which SIP is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments SIP expressly reserves.

| | |
|---|---|
| Dated: March 30, 2020<br>Wilmington, Delaware | **THE ROSNER LAW GROUP LLC**<br><br>*/s/ Scott J. Leonhardt*<br>Scott J. Leonhardt (DE 4885)<br>824 N. Market Street, Suite 810<br>Wilmington, Delaware 19801<br>Telephone: (302) 777-1111<br>Email: leonhardt@teamrosner.com<br><br>-and-<br><br>**GLEICHENHAUS, MARCHESE & WEISHAAR, PC**<br>Scott J. Bogucki, Esq. (*pro hac vice* pending)<br>43 Court Street<br>Buffalo, NY 14202<br>Tel: (716) 845-6446<br>E-Mail: sbogucki@gmwlawyers.com<br><br>*Counsel to SIP Operating Corp.* |