**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BLUESTEM BRANDS, INC., *et al.*,[1] | ) | Case No. 20-10566 (MFW) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**AFFIDAVIT OF SERVICE**

I, Sonia Akter, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On June 8, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served by the method set forth on the Core/2002 Service List attached hereto as **Exhibit A**:

- Second Supplemental Declaration of Patrick J. Nash, Jr. in Support of the Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Attorneys for the Debtors and Debtors in Possession Effective as of March 9, 2020 [Docket No. 443]

- Notice of Rejection of a Certain Executory Contract [Docket No. 445] the **("*Rejection Notice - PMX – Orchard*")**

On June 8, 2020, at my direction and under my supervision, employees of Prime Clerk caused the Rejection Notice - PMX - Orchard to be served by the method set forth on the Contract Counterparties Service List attached hereto as **Exhibit B**.

[*Remainder of Page Intentionally Left Blank*]

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Bluestem Brands, Inc. (5164); Appleseed's Holdings, Inc. (9117); Blair LLC (1670); Bluestem Enterprises, Inc. (1237); Bluestem Fulfillment, Inc. (5931); Bluestem Sales, Inc. (1539); Draper's & Damon's LLC (2759); Gold Violin LLC (0873); Haband Company LLC (8496); Home Forever LLC (2324); Johnny Appleseed's, Inc. (5560); Norm Thompson Outfitters LLC (8344); Northstar Holdings Inc. (6823); Orchard Brands Corporation (6322); Orchard Brands International, Inc. (8962); Orchard Brands Sales Agency, LLC (8855); Value Showcase LLC (2920); WinterSilks, LLC (0688). The service address for each of the above Debtors is 7075 Flying Cloud Drive, Eden Prairie, Minnesota 55344.

Dated: June 11, 2020

/s/Sonia Akter
Sonia Akter

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on June 11, 2020, by Sonia Akter, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

/s/ JAMES A. MAPPLETHORPE
Notary Public, State of New York
No. 01MA6370846
Qualified in New York County
Commission Expires February 12, 2022

**Exhibit A**

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
| --- | --- | --- | --- | --- |
| Counsel to Insight Direct USA, Inc. | Ballard Spahr LLP | Attn: Craig Solomon Ganz, Esq., Katherine E. Anderson Sanchez<br>1 E. Washington Street<br>Suite 2300<br>Phoenix AZ 85004 | ganzc@ballardspahr.com<br>andersonsanchezk@ballardspahr.com | First Class Mail and Email |
| Counsel to Pro Star Logistics, LLC., and Insight Direct USA, Inc. | BALLARD SPAHR LLP | Attn: Tobey M. Daluz, Chantelle D. McClamb, Leslie C. Heilman, Laurel D. Roglen<br>919 N. Market Street<br>11th Floor<br>Wilmington DE 19801-3034 | daluzt@ballardspahr.com<br>mcclambc@ballardspahr.com<br>heilmanl@ballardspahr.com<br>roglenl@ballardspahr.com | First Class Mail and Email |
| Counsel to The Irvine Company L.L.C., a Delaware limited liablity company | Bewley, Lassleben & Miller, LLP | Attn: Ernie Zachary Park<br>13215 E. Penn St.<br>Suite 510<br>Whittier CA 90602 | ernie.park@bewleylaw.com | First Class Mail and Email |
| Counsel to Oracle America, Inc. | Buchalter, a Professional Corporation | Attn: Shawn M. Christianson<br>55 Second Street, 17th Floor<br>San Francisco CA 94105-3493 | schristianson@buchalter.com | First Class Mail and Email |
| Counsel to Comenity Bank and Comenity Capital Bank | Burr & Forman LLP | Attn: J. Cory Falgowski<br>1201 N. Market Street<br>Suite 1407<br>Wilmington DE 19801 | jfalgowski@burr.com | First Class Mail and Email |
| Counsel to Comenity Bank and Comenity Capital Bank | Burr & Forman LLP | Attn: James H. Haithcock, III<br>420 N. 20th Street, 3400<br>Birmingham AL 35203 | jhaithcock@burr.com | First Class Mail and Email |
| CENTERBRIDGE | CENTERBRIDGE PARTNERS, LP | ATTN: PRESIDENT OR GENERAL COUNSEL<br>375 PARK AVENUE<br>NEW YORK NY 10152-0002 | | First Class Mail |
| Office of Unemployment Compensation Tax Services, Department of Labor and Industry, Commonwealth of Pennsylvania | Commonwealth of Pennsylvania | Attn Deb Secrest<br>Collections Support Unit<br>651 Boas St Room 925<br>Harrisburg PA 17121 | ra-li-ucts-bankrupt@state.pa.us | First Class Mail and Email |
| DELAWARE DIVISION OF REVENUE | DELAWARE DIVISION OF REVENUE | ATTN: ZILLAH FRAMPTON<br>820 N FRENCH ST<br>WILMINGTON DE 19801 | FASNOTIFY@STATE.DE.US | First Class Mail and Email |
| DELAWARE SECRETARY OF STATE | DELAWARE SECRETARY OF STATE | DIVISION OF CORPORATIONS FRANCHISE TAX<br>PO BOX 898<br>DOVER DE 19903 | DOSDOC_FTAX@STATE.DE.US | First Class Mail and Email |
| DELAWARE STATE TREASURY | DELAWARE STATE TREASURY | ATTN: BANKRUPTCY DEPT<br>820 SILVER LAKE BLVD<br>STE 100<br>DOVER DE 19904 | STATETREASURER@STATE.DE.US | First Class Mail and Email |
| ENVIRONMENTAL PROTECTION AGENCY - REGION 3 | ENVIRONMENTAL PROTECTION AGENCY | ATTN: BANKRUPTCY DEPT<br>1650 ARCH STREET<br>PHILADELPHIA PA 19103-2029 | | First Class Mail |
| Counsel to Creditor L'Action Sports Mfg. Co., Ltd. | Fortis LLP | Attn: Paul Shankman<br>650 Town Center Drive<br>Suite 1530<br>Costa Mesa CA 92626 | PShankman@fortislaw.com | First Class Mail and Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Hempel Properties Inc., and Crosstown Preserve, LLC | Fredrikson & Byron, P.A. | Attn: Samuel M. Andre<br>200 South Sixth Street<br>Ste 4000<br>Minneapolis MN 55402-1425 | sandre@fredlaw.com | First Class Mail and Email |
| Counsel to CNA International Inc. dba MC Appliance Corp. | Freeborn & Peters LLP | Attn: Shelly A. DeRousse, Esq., Elizabeth L. Janczak, Esq.<br>311 South Wacker Drive<br>Suite 3000<br>Chicago IL 60606 | sderousse@freeborn.com<br>ejanczak@freeborn.com | First Class Mail and Email |
| Counsel to Fulfillment Services, Inc. | Gellert Scali Busenkell & Brown, LLC | Attn: Amy D. Brown, Esquire<br>1201 North Orange Street<br>Suite 300<br>Wilmington DE 19801 | abrown@gsbblaw.com | First Class Mail and Email |
| Counsel to SIP Operating Corp. | Gleichenhaus, Marchese & Weishaar, PC | Attn: Scott J. Bogucki, Esq<br>43 Court Street<br>Suite 930<br>Buffalo NY 14202 | sbogucki@gmwlawyers.com | First Class Mail and Email |
| Counsel to CNA International Inc. dba MC Appliance Corp., and Miriam Lazusky | Goldstein & McClintock, LLLP | Attn: Maria Aprile Sawczuk, Esq.<br>501 Silverside Road<br>Suite 65<br>Wilmington DE 19809 | marias@goldmclaw.com | First Class Mail and Email |
| Counsel to Longlat, Inc. | Hunziker, Jones & Sweeney, P.A. | Attn: Michael J. Sweeney<br>Wayne Plaza II<br>155 Route 46 West<br>Wayne NJ 07470 | msweeney@hjslawoffice.com | First Class Mail and Email |
| IRS INSOLVENCY SECTION | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION<br>2970 MARKET ST<br>MAIL STOP 5-Q30.133<br>PHILADELPHIA PA 19104-5016 | | First Class Mail |
| IRS INSOLVENCY SECTION | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | | First Class Mail |
| Counsel to The Apparel Group, Ltd. | JD Thompson Law | Attn: Judy D. Thompson<br>P.O. Box 33127<br>Charlotte NC 28233 | jdt@jdthompsonlaw.com | First Class Mail and Email |
| Counsel for Tech Mahindra Ltd | KELLEY DRYE & WARREN LLP | Attn: James S. Carr & Kristin S. Elliott<br>101 Park Avenue<br>New York NY 10178 | kelliott@kelleydrye.com<br>kdwbankruptcydepartment@kelleydrye.com | First Class Mail and Email |
| Proposed Counsel to the Official Committee of Unsecured Creditors of Bluestem Brands, Inc. | Kilpatrick Townsend & Stockton LLP | Attn: David M. Posner, Esq., Gianfranco Finizio, Esq., Kelly E. Moynihan, Esq.<br>1114 Avenue of the Americas<br>New York NY 10036 | dposner@kilpatricktownsend.com<br>gfinizio@kilpatricktownsend.com<br>kmoynihan@kilpatricktownsend.com | First Class Mail and Email |
| COUNSEL TO DEBTOR | KIRKLAND & ELLIS LLP | ATTN: EDWARD O. SASSOWER, P.C.<br>601 LEXINGTON AVENUE<br>NEW YORK NY 10022 | edward.sassower@kirkland.com | Email |
| COUNSEL TO DEBTOR | KIRKLAND & ELLIS LLP | ATTN: PATRICK J. NASH, P.C., W. BENJAMIN WINGER<br>300 NORTH LASALLE STREET<br>CHICAGO IL 60654 | patrick.nash@kirkland.com<br>benjamin.winger@kirkland.com | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL FOR TERM LOAN AGENT, CERBERUS BUSINESS FINANCE, LLC | KLEE TUCHIN BOGDANOFF & STERN, LLP | ATTN: DAVID FIDLER, MARIA SOUNTAS-ARGIROPOULOS, MICHAEL L. TUCHIN, JONATHAN M. WEISS, ARIELLA T. SIMONDS, NIR MAOZ<br>1999 AVENUE OF THE STARS<br>39TH FLOOR<br>LOS ANGELES CA 90067-6049 | DFIDLER@KTBSLAW.COM<br>mtuchin@ktbslaw.com<br>jweiss@ktbslaw.com<br>msargiropoulos@ktbslaw.com<br>asimonds@ktbslaw.com<br>nmaoz@ktbslaw.com | First Class Mail and Email |
| Counsel to West Ridge Commons Limited | Knox McLaughlin Gornall & Sennett, P.C. | Attn: Mark G. Claypool<br>120 West Tenth Street<br>Erie PA 16501-1461 | mclaypool@kmgslaw.com | First Class Mail and Email |
| COUNSEL TO BLUESTEM GROUP INC | KRAMER LEVIN NAFTALIS & FRANKEL LLP | ATTN: KENNETH H. ECKSTEIN<br>1177 AVENUE OF THE AMERICAS<br>NEW YORK NY 10036 | keckstein@kramerlevin.com | First Class Mail and Email |
| Counsel to SYNNEX Corporation | MacElree Harvey, Ltd. | Attn: Ashley B. Stitzer, Esquire<br>17 West Miner Street<br>West Chester PA 19382 | astitzer@macelree.com | First Class Mail and Email |
| Counsel to SYNNEX Corporation | MacElree Harvey, Ltd. | Attn: Tiffany M. Shrenk, Esquire<br>5721 Kennett Pike<br>Centreville DE 19807 | tshrenk@macelree.com | First Class Mail and Email |
| Counsel to the Missouri Department of Revenue | Missouri Department of Revenue, Bankruptcy Unit | Attn: Steven A. Ginther<br>PO Box 475<br>Jefferson City MO 65105-0475 | deecf@dor.mo.gov | Email |
| Counsel to Acxiom LLC | Mitchell, Williams, Selig, Gates & Woodyard, P.L.L.C. | Attn: Stan D. Smith<br>425 West Capitol Avenue<br>Suite 1800<br>Little Rock AR 72201-3525 | ssmith@mwlaw.com | First Class Mail and Email |
| Proposed Counsel to the Official Committee of Unsecured Creditors of Bluestem Brands, Inc. | Morris James LLP | Attn: Eric J. Monzo, Brya M. Keilson<br>500 Delaware Avenue<br>Suite 1500<br>Wilmington DE 19801 | emonzo@morrisjames.com<br>bkeilson@morrisjames.com | First Class Mail and Email |
| Counsel to Santander Consumer USA Inc. | Morris, Nichols, Arsht & Tunnell LLP | Attn: Derek C. Abbott<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington DE 19899-1347 | dabbott@mnat.com | First Class Mail and Email |
| Counsel to the New York State Department of Taxation and Finance | Office of the New York State Attorney General | Louis J. Testa<br>The Capitol<br>Civil Recoveries Bureau, Bankruptcy Litigation Unit<br>Albany NY 12224-0341 | Louis.Testa@ag.ny.gov | First Class Mail and Email |
| UNITED STATES TRUSTEE DISTRICT OF DELAWARE | OFFICE OF THE UNITED STATES TRUSTEE | ATTN: RICHARD L. SCHEPACARTER<br>844 KING STREET, STE 2207<br>LOCKBOX 35<br>WILMINGTON DE 19801 | richard.schepacarter@usdoj.gov | First Class Mail and Email |
| COUNSEL FOR CERBERUS BUSINESS FINANCE, LLC | PACHULSKI STANG ZIEHL & JONES LLP | ATTN: LAURA DAVIS JONES, PETER J. KEANE<br>919 N. MARKET STREET, 17TH FLOOR<br>P.O. BOX 8705<br>WILMINGTON DE 19899-8705 | pkeane@pszjlaw.com<br>ljones@pszjlaw.com | First Class Mail and Email |
| AUTHORIZED AGENT FOR SYNCHRONY BANK | PRA RECEIVABLES MANAGEMENT, LLC | ATTN: VALERIE SMITH<br>PO BOX 41021<br>NORFOLK VA 23541 | claims@recoverycorp.com | First Class Mail and Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| PRESTIGE CAPITAL FINANCE, LLC | PRESTIGE CAPITAL | ATTN: STUART ROSENTHAL, ALAN ELIASOF<br>400 KELBY ST<br>10 TH FLOOR<br>FORT LEE NJ 07024 | SRosenthal@prestigecapital.com<br>AEliasof@prestigecapital.com | First Class Mail and Email |
| STATE ATTORNEY GENERAL | PUERTO RICO ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>TORRE CHARDÓN, SUITE 1201<br>350 CARLOS CHARDÓN STREET<br>SAN JUAN PR 00918 | | First Class Mail |
| Counsel to Crossroads Developers Associates, LLC | Rubin LLC | Attn: Paul A. Rubin, Hanh Huynh<br>345 Seventh Avenue<br>21st Floor<br>New York NY 10001 | prubin@rubinlawllc.com<br>hhuynh@rubinlawlllc.com | First Class Mail and Email |
| SECURITIES AND EXCHANGE COMMISSION - HEADQUARTERS | SECURITIES & EXCHANGE COMMISSION | SECRETARY OF THE TREASURY<br>100 F. STREET NE<br>WASHINGTON DC 20549 | SECBANKRUPTCY@SEC.GOV | First Class Mail and Email |
| SECURITIES AND EXCHANGE COMMISSION - REGIONAL OFFICE | SECURITIES & EXCHANGE COMMISSION - NY OFFICE | ATTN: ANDREW CALAMARI<br>BROOKFIELD PLACE<br>200 VESEY STREET, STE 400<br>NEW YORK NY 10281-1022 | BANKRUPTCYNOTICESCHR@SEC.GOV<br>NYROBANKRUPTCY@SEC.GOV | First Class Mail and Email |
| SECURITIES AND EXCHANGE COMMISSION - REGIONAL OFFICE | SECURITIES & EXCHANGE COMMISSION - PHILADELPHIA OFFICE | ATTN: BANKRUPTCY DEPT<br>ONE PENN CENTER<br>1617 JFK BLVD, STE 520<br>PHILADELPHIA PA 19103 | SECBANKRUPTCY@SEC.GOV | First Class Mail and Email |
| STATE ATTORNEY GENERAL | STATE OF ALABAMA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>P.O. BOX 300152<br>MONTGOMERY AL 36130-0152 | | First Class Mail |
| STATE ATTORNEY GENERAL | STATE OF ALASKA (NOME) ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>113 FRONT ST.<br>SUITE 107<br>NOME AK 99762-0160 | | First Class Mail |
| STATE ATTORNEY GENERAL | STATE OF ARIZONA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>2005 N CENTRAL AVE<br>PHOENIX AZ 85004-2926 | aginfo@azag.gov | First Class Mail and Email |
| STATE ATTORNEY GENERAL | STATE OF ARKANSAS ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>323 CENTER ST.<br>SUITE 200<br>LITTLE ROCK AR 72201-2610 | | First Class Mail |
| STATE ATTORNEY GENERAL | STATE OF CALIFORNIA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>P.O. BOX 944255<br>SACRAMENTO CA 94244-2550 | bankruptcy@coag.gov | First Class Mail and Email |
| STATE ATTORNEY GENERAL | STATE OF COLORADO ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>RALPH L. CARR COLORADO JUDICIAL CENTER<br>1300 BROADWAY, 10TH FLOOR<br>DENVER CO 80203 | Attorney.General@state.co.us | First Class Mail and Email |
| STATE ATTORNEY GENERAL | STATE OF CONNECTICUT ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>55 ELM ST.<br>HARTFORD CT 06106 | attorney.general@po.state.ct.us | First Class Mail and Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| STATE ATTORNEY GENERAL | STATE OF DELAWARE ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>CARVEL STATE OFFICE BLDG.<br>820 N. FRENCH ST.<br>WILMINGTON DE 19801 | ATTORNEY.GENERAL@STATE.DE.US | First Class Mail and Email |
| STATE ATTORNEY GENERAL | STATE OF DELAWARE ATTORNEY GENERAL | ATTN: MATTHEW DENN<br>CARVEL STATE OFFICE BLDG.<br>820 N. FRENCH ST.<br>WILMINGTON DE 19801 | ATTORNEY.GENERAL@STATE.DE.US | First Class Mail and Email |
| STATE ATTORNEY GENERAL | STATE OF FLORIDA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>THE CAPITOL, PL 01<br>TALLAHASSEE FL 32399-1050 | | First Class Mail |
| STATE ATTORNEY GENERAL | STATE OF GEORGIA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>40 CAPITAL SQUARE, SW<br>ATLANTA GA 30334-1300 | AGOlens@law.ga.gov | First Class Mail and Email |
| STATE ATTORNEY GENERAL | STATE OF HAWAII ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>425 QUEEN ST.<br>HONOLULU HI 96813 | hawaiiag@hawaii.gov | First Class Mail and Email |
| STATE ATTORNEY GENERAL | STATE OF IDAHO ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>700 W. JEFFERSON STREET<br>P.O. BOX 83720<br>BOISE ID 83720-1000 | | First Class Mail |
| STATE ATTORNEY GENERAL | STATE OF ILLINOIS ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>100 WEST RANDOLPH STREET<br>CHICAGO IL 60601 | webmaster@atg.state.il.us | First Class Mail and Email |
| STATE ATTORNEY GENERAL | STATE OF INDIANA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>INDIANA GOVERNMENT CENTER SOUTH<br>302 W. WASHINGTON ST., 5TH FLOOR<br>INDIANAPOLIS IN 46204 | Constituent@atg.in.gov | First Class Mail and Email |
| STATE ATTORNEY GENERAL | STATE OF IOWA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>1305 E. WALNUT STREET<br>DES MOINES IA 50319 | IDR.bankrupcy@ag.iowa.gov | First Class Mail and Email |
| STATE ATTORNEY GENERAL | STATE OF KANSAS ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>120 SW 10TH AVE., 2ND FLOOR<br>TOPEKA KS 66612-1597 | general@ksag.org | First Class Mail and Email |
| STATE ATTORNEY GENERAL | STATE OF KENTUCKY ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>700 CAPITOL AVENUE, SUITE 118<br>FRANKFORT KY 40601 | web@ag.ky.gov | First Class Mail and Email |
| STATE ATTORNEY GENERAL | STATE OF LOUISIANA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>P.O. BOX 94095<br>BATON ROUGE LA 70804-4095 | ConsumerInfo@ag.state.la.us | First Class Mail and Email |
| STATE ATTORNEY GENERAL | STATE OF MAINE ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>6 STATE HOUSE STATION<br>AUGUSTA ME 04333-0000 | consumer.mediation@maine.gov | First Class Mail and Email |
| STATE ATTORNEY GENERAL | STATE OF MARYLAND ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>200 ST. PAUL PLACE<br>BALTIMORE MD 21202-2202 | oag@oag.state.md.us | First Class Mail and Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| STATE ATTORNEY GENERAL | STATE OF MASSACHUSETTS ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>ONE ASHBURTON PLACE<br>BOSTON MA 02108-1698 | ago@state.ma.us | First Class Mail and Email |
| STATE ATTORNEY GENERAL | STATE OF MICHIGAN ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>G. MENNEN WILLIAMS BUILDING, 7TH FLOOR<br>525 W. OTTAWA ST., P.O. BOX 30212<br>LANSING MI 48909-0212 | miag@michigan.gov | First Class Mail and Email |
| STATE ATTORNEY GENERAL | STATE OF MINNESOTA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>1400 BREMER TOWER<br>445 MINNESOTA STREET<br>ST. PAUL MN 55101-2131 | Attorney.General@ag.state.mn.us | First Class Mail and Email |
| STATE ATTORNEY GENERAL | STATE OF MISSISSIPPI ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>WALTER SILLERS BUILDING<br>550 HIGH STREET, SUITE 1200, P.O. BOX 220<br>JACKSON MS 39201 | | First Class Mail |
| STATE ATTORNEY GENERAL | STATE OF MISSOURI ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>SUPREME COURT BUILDING<br>207 W. HIGH ST.<br>JEFFERSON CITY MO 65102 | attorney.general@ago.mo.gov | First Class Mail and Email |
| STATE ATTORNEY GENERAL | STATE OF NEBRASKA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>2115 STATE CAPITOL<br>2ND FL, RM 2115<br>LINCOLN NE 68509-8920 | ago.info.help@nebraska.gov | First Class Mail and Email |
| STATE ATTORNEY GENERAL | STATE OF NEVADA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>100 NORTH CARSON STREET<br>CARSON CITY NV 89701 | AgInfo@ag.nv.gov | First Class Mail and Email |
| STATE ATTORNEY GENERAL | STATE OF NEW JERSEY ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>RJ HUGHES JUSTICE COMPLEX<br>25 MARKET STREET, P.O. BOX 080<br>TRENTON NJ 08625-0080 | askconsumeraffairs@lps.state.nj.us | First Class Mail and Email |
| STATE ATTORNEY GENERAL | STATE OF NEW MEXICO ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>P.O. DRAWER 1508<br>SANTA FE NM 87504-1508 | publicinformationoff@nmag.gov | First Class Mail and Email |
| STATE ATTORNEY GENERAL | STATE OF NEW YORK ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>THE CAPITOL<br>ALBANY NY 12224-0341 | | First Class Mail |
| STATE ATTORNEY GENERAL | STATE OF NORTH CAROLINA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>9001 MAIL SERVICE CENTER<br>RALEIGH NC 27699-9001 | | First Class Mail |
| STATE ATTORNEY GENERAL | STATE OF NORTH DAKOTA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>STATE CAPITOL<br>600 E BOULEVARD AVE DEPT 125<br>BISMARCK ND 58505-0040 | ndag@nd.gov | First Class Mail and Email |
| STATE ATTORNEY GENERAL | STATE OF OHIO ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>30 E. BROAD ST., 14TH FLOOR<br>COLUMBUS OH 43215 | | First Class Mail |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| STATE ATTORNEY GENERAL | STATE OF OKLAHOMA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>313 NE 21ST STREET<br>OKLAHOMA CITY OK 73105 | | First Class Mail |
| STATE ATTORNEY GENERAL | STATE OF PENNSYLVANIA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>STRAWBERRY SQUARE<br>16TH FLOOR<br>HARRISBURG PA 17120 | | First Class Mail |
| STATE ATTORNEY GENERAL | STATE OF RHODE ISLAND ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>150 SOUTH MAIN STREET<br>PROVIDENCE RI 02903-0000 | | First Class Mail |
| STATE ATTORNEY GENERAL | STATE OF SOUTH CAROLINA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>P.O. BOX 11549<br>COLUMBIA SC 29211-1549 | info@scattorneygeneral.com | First Class Mail and Email |
| STATE ATTORNEY GENERAL | STATE OF SOUTH DAKOTA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>1302 EAST HIGHWAY 14<br>SUITE 1<br>PIERRE SD 57501-8501 | consumerhelp@state.sd.us | First Class Mail and Email |
| STATE ATTORNEY GENERAL | STATE OF TENNESSEE ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>P.O. BOX 20207<br>NASHVILLE TN 37202-0207 | consumer.affairs@tn.gov | First Class Mail and Email |
| STATE ATTORNEY GENERAL | STATE OF TEXAS ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>CAPITOL STATION<br>PO BOX 12548<br>AUSTIN TX 78711-2548 | public.information@oag.state.tx.us | First Class Mail and Email |
| STATE ATTORNEY GENERAL | STATE OF UTAH ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>PO BOX 142320<br>SALT LAKE CITY UT 84114-2320 | uag@utah.gov | First Class Mail and Email |
| STATE ATTORNEY GENERAL | STATE OF VERMONT ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>109 STATE ST.<br>MONTPELIER VT 05609-1001 | ago.info@state.vt.us | First Class Mail and Email |
| STATE ATTORNEY GENERAL | STATE OF VIRGINIA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>900 EAST MAIN STREET<br>RICHMOND VA 23219 | | First Class Mail |
| STATE ATTORNEY GENERAL | STATE OF WASHINGTON ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>1125 WASHINGTON ST. SE<br>P.O. BOX 40100<br>OLYMPIA WA 98504-0100 | | First Class Mail |
| STATE ATTORNEY GENERAL | STATE OF WEST VIRGINIA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>STATE CAPITOL BLDG 1 ROOM E 26<br>CHARLESTON WV 25305 | consumer@wvago.gov | First Class Mail and Email |
| STATE ATTORNEY GENERAL | STATE OF WISCONSIN ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>WISCONSIN DEPARTMENT OF JUSTICE<br>STATE CAPITOL, ROOM 114 EAST, P. O. BOX 7857<br>MADISON WI 53707-7857 | | First Class Mail |
| STATE ATTORNEY GENERAL | STATE OF WYOMING ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>123 CAPITOL BUILDING<br>200 W. 24TH STREET<br>CHEYENNE WY 82002 | baylwa@state.wy.us | First Class Mail and Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Dell Financial Services LLC | Streusand, Landon, Ozburn & Lemmon, LLP | Attn: Sabrina L. Streusand<br>1801 S. MoPac Expressway<br>Suite 320<br>Austin TX 78746 | streusand@slollp.com | First Class Mail and Email |
| Counsel to First Contact, LLC | Sullivan & Worcester LLP | Attn: Jeffrey R. Gleit & Allison Weiss<br>1633 Broadway<br>New York NY 10019 | aweiss@sullivanlaw.com<br>jgleit@sullivanlaw.com | First Class Mail and Email |
| Counsel to SIP Operating Corp. | The Rosner Law Group LLC | Attn: Scott J. Leonhardt, Esq.<br>824 N. Market Street<br>Suite 810<br>Wilmington DE 19801 | leonhardt@teamrosner.com | First Class Mail and Email |
| STATE ATTORNEY GENERAL | UNITED STATES OF AMERICA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>US DEPT OF JUSTICE<br>950 PENNSYLVANIA AVE NW<br>WASHINGTON DC 20530-0001 | | First Class Mail |
| US ATTORNEY FOR THE DISTRICT OF DELAWARE | US ATTORNEY FOR DELAWARE | ATTN: CHARLES OBERLY C/O ELLEN SLIGHTS<br>1007 ORANGE ST STE 700<br>PO BOX 2046<br>WILMINGTON DE 19899-2046 | USADE.ECFBANKRUPTCY@USDOJ.GOV | First Class Mail and Email |
| Counsel to Santander Consumer USA Inc. | Wachtell, Lipton, Rosen & Katz | Attn: Richard G. Mason, Amy R. Wolf, David E. White<br>51 West 52nd Street<br>New York NY 10019 | ARWolf@wlrk.com<br>RGMason@wlrk.com<br>DEWhite@wlrk.com | First Class Mail and Email |
| WEBBANK | WEBBANK | ATTN: GENERAL COUNSEL<br>215 SOUTH STATE STREET<br>SUITE 800<br>SALT LAKE CITY UT 84111 | | First Class Mail |
| WEBBANK | WEBBANK | ATTN: KELLEY BARNETT<br>6440 SOUTH WASATCH BOULEVARD<br>SUITE 300<br>SALT LAKE CITY UT 84121 | | First Class Mail |
| Counsel to Rocket Garment LLC | Weltman & Moskowitz, LLP | Attn: Michael L. Moskowitz, Esq., Michele K. Jaspan, Esq.<br>270 Madison Avenue<br>Suite 1400<br>New York NY 10016 | mlm@weltmosk.com<br>mkj@weltmosk.com | First Class Mail and Email |
| Counsel to FUJIFILM North America Corp. | Whiteford, Taylor & Preston L.L.P. | Attn: Christopher A. Jones<br>3109 Fairview Park Dr<br>Suite 800<br>Falls Church VA 22181 | cajones@wtplaw.com | First Class Mail and Email |
| Counsel to FUJIFILM North America Corp. | Whiteford, Taylor & Preston LLC | Attn: Richard W. Riley<br>The Renaissance Centre<br>405 North King Street, Suite 500<br>Wilmington DE 19801 | rriley@wtplaw.com | First Class Mail and Email |
| COUNSEL TO DEBTOR | YOUNG CONAWAY STARGATT & TAYLOR, LLP | ATTN: M. BLAKE CLEARY, JAMIE LUTON CHAPMAN<br>1000 NORTH KING STREET<br>WILMINGTON DE 19801 | MBCLEARY@YCST.COM<br>JCHAPMAN@YCST.COM | Email |

**Exhibit B**

Exhibit B
Contract Counterparties Service List
Served as set forth below

| MMLID | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|
| 10569580 | PMX Agency LLC d/b/a ForwardPMX | Attn: Nicole Jennings, Jennifer Ma, Richard Wulwick, Keisha Brescia | One World Trade Center | 63rd Floor | New York | NY | 10007 | | Overnight Mail |
| 10569577 | PMX Agency LLC d/b/a ForwardPMX | Attn: Nicole Jennings, Jennifer Ma, Richard Wulwick, Keisha Brescia | 5 Hanover Square | | New York | NY | 10004 | nicole.jennings@forwardpmx.com; Jennifer.Ma@forwardpmx.com; rwulwick@pmxagency.com | Overnight Mail and Email |