**CERTIFICATE OF SERVICE**

I, Henry J. Jaffe, hereby certify that on the 18th day of June, 2020 I caused the foregoing *Objection of CenturyLink Communications, LLC to Proposed Cure Amount* to be served upon the parties on the attached service list in the manner indicated.

/s/ *Henry J. Jaffe*
Henry J. Jaffe (DE Bar No. 2987)

#58297941 v1

**BLUESTEM BRANDS, INC.**
Case No. 20-10566 (MFW)
**Cure Objection Service List**

| | |
|---|---|
| **FEDERAL EXPRESS**<br>Bluestem Brands, Inc.<br>7075 Flying Cloud Drive,<br>Eden Prairie, MN 55344 | **EMAIL & FEDERAL EXPRESS**<br>*(Counsel to the Debtors)*<br>Kirkland & Ellis LLP<br>300 North LaSalle<br>Chicago, IL 60654<br>Attn: W. Benjamin Winger and Kevin S. McClelland<br>benjamin.winger@kirkland.com;<br>kevin.mcclelland@kirkland.com |
| **EMAIL & FEDERAL EXPRESS**<br>*(Counsel to the Debtors)*<br>Young Conaway Stargatt & Taylor, LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>Attn: M. Blake Cleary and Jaime Luton Chapman<br>mbcleary@ycst.com;<br>jchapman@ycst.com | **EMAIL & FEDERAL EXPRESS**<br>The Office of the United States Trustee for the District of Delaware<br>J. Caleb Boggs Building,<br>844 King Street, Suite 2207, Lockbox 35<br>Wilmington, DE 19801<br>Attn: Richard Schepacarter<br>richard.schepacarter@usdoj.gov |
| **EMAIL & FEDERAL EXPRESS**<br>*(Counsel to the Official Committee of Unsecured Creditors)*<br>Kilpatrick Townsend & Stockton LLP<br>1114 Avenue of the Americas<br>New York, NY 10036-7703<br>Attn: David M. Posner and Gianfranco Finizio<br>dposner@kilpatricktownsend.com;<br>gfinizio@kilpatricktownsend.com | **EMAIL & FEDERAL EXPRESS**<br>*(Counsel to the Official Committee of Unsecured Creditors)*<br>Morris James LLP<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801-1494<br>Attn: Eric J. Monzo and Brya Keilson<br>emonzo@morrisjames.com;<br>bkeilson@morrisjames.com |
| **EMAIL & FEDERAL EXPRESS**<br>(*Counsel to the DIP Agent*)<br>Pachulski Stang Ziehl & Jones LLP<br>Laura Davis Jones and Peter J. Keane<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899<br>ljones@pszjlaw.com;<br>pkeane@pszjlaw.com | **EMAIL & FEDERAL EXPRESS**<br>(*Counsel to the DIP Agent*)<br>KTBS Law LLP f/k/a Klee, Tuchin, Bogdanoff & Stern LLP<br>1999 Avenue of the Stars, 39th Floor<br>Los Angeles, CA 90067<br>Attn: Michael L. Tuchin and Maria Sountas-Argiropoulos<br>mtuchin@ktbslaw.com;<br>msargiropoulos@ktbslaw.com |