## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BLUESTEM BRANDS, INC., *et al.*,[1] | ) | Case No. 20-10566 (MFW) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

### NOTICE OF AGENDA SCHEDULED FOR HEARING ON
### JULY 7, 2020 AT 10:00 A.M. (ET)

---

**This hearing will be held telephonically and by video. All parties wishing to appear must do so telephonically by contacting COURTCALL, LLC at 866-582-6878 no later than (date one day prior to hearing by noon inserted here). Only those parties that will be addressing the court should appear by Zoom and CourtCall.**

**PLEASE NOTE THAT THE MICROPHONES ON THE ZOOM MEETING WILL BE MUTED AND THE ONLY AUDIO WILL BE THROUGH COURTCALL.**

**Join ZoomGov Meeting**
**https://debuscourts.zoomgov.com/j/1618243278**

**Meeting ID: 161 824 3278**
**Password: 679273**

---

## ADJOURNED/RESOLVED MATTERS

1.      Debtors' First Omnibus (Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(b) and 503(b) and, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 441, 6/5/20]

Response Deadline:    June 19, 2020 at 4:00 p.m. (ET)

Responses Received:

    A.  Informal Responses

---

[1]      The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Bluestem Brands, Inc. (5164); Appleseed's Holdings, Inc. (9117); Blair LLC (1670); Bluestem Enterprises, Inc. (1237); Bluestem Fulfillment, Inc. (5931); Bluestem Sales, Inc. (1539); Draper's & Damon's LLC (2759); Gold Violin LLC (0873); Haband Company LLC (8496); Home Forever LLC (2324); Johnny Appleseed's, Inc. (5560); Norm Thompson Outfitters LLC (8344); Northstar Holdings Inc. (6823); Orchard Brands Corporation (6322); Orchard Brands International, Inc. (8962); Orchard Brands Sales Agency, LLC (8855); Value Showcase LLC (2920); WinterSilks, LLC (0688).  The service address for each of the above Debtors is 7075 Flying Cloud Drive, Eden Prairie, Minnesota 55344.

   i. Royal Appliance
   ii. Husqvarna
   iii. Tanzara International
   iv. Tempur Sealy
   v. Whirlpool Corporation
   vi. Capital Brands, LLC
   vii. Richline Group, Inc.
   viii. Steinhausen, LLC
   ix. Wagner Spray Tech Corp.
   x. Ingram Entertainment Inc.
   xi. United Overseas Textile Corporation
   xii. Valassis Communications, Inc.
   xiii. Age Sciences, Inc.
   xiv. ROI Print Management, Inc.
   xv. Beauty Link Marketing and Distribution

B. Lake Group Media, Inc.'s Response [D.I. 471, 6/17/20]

C. My Pillow, Inc.'s Response to Debtors' First Omnibus Objection to Claims [D.I. 473, 6/17/20]

D. Response of Sucheta International to Debtors' First Omnibus (Substantive) Objection to Claims, and Motion of Sucheta International for Allowance and Payment of Administrative Claim [D.I. 484, 6/19/20]

E. Creditor Wolverine World Wide, Inc.'s Response [D.I. 494, 6/19/20]

F. Richpower Industries, Inc.'s Response [D.I. 500, 6/19/20]

G. Intermarket Apparel, LLC's Response [D.I. 501, 6/22/20]

H. Response of Carlson Print Group [D.I. 502, 6/22/20]

I. Response of Carlson Print Group [D.I. 503, 6/22/20]

J. Response of American Spring Corporation [D.I. 504, 6/22/20]

K. Omnion PreMedia Private Limited's Response [D.I. 510, 6/24/20]

<u>Related Documents:</u>

 A. Certification of Counsel [D.I. 529, 6/30/20]

<u>Status</u>: The Debtors have submitted a certification of counsel resolving certain of the responses received, and the Debtors respectfully request entry of the proposed revised order attached to the certification of counsel. This matter is adjourned to July 22, 2020 at 10:00 a.m. (ET) with respect to the outstanding responses.

26721803.1

2.      Debtors' Second Omnibus (Non-Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(b) and 503(b) and, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 442, 6/5/20]

Response Deadline:     June 19, 2020 at 4:00 p.m. (ET)

Responses Received:

      A.  Informal Responses
         i.  Synnex Corporation
        ii.  Unique Designs, Inc.

Related Documents:

      A.  Certification of Counsel [D.I. 532, 6/30/20]

      B.  Order Sustaining Debtors' Second Omnibus (Non-Substantive) Objection to Claims [D.I. 549, 7/1/20]

Status: An order has been entered.  No hearing is necessary.

## CONTESTED MATTERS GOING FORWARD

3.      Debtors' Motion for Entry of Orders (I) Approving Bidding Procedures in Connection With the Sale of Substantially All of the Debtors' Assets, (II) Approving the Form and Manner of Notice Thereof, (III) Scheduling an Auction and Sale Hearing, (IV) Approving Procedures for the Assumption and Assignment of Contracts, (V) Approving the Sale of the Debtors' Assets Free and Clear, and (VI) Granting Related Relief [D.I. 23, 3/9/20][2]

Objection Deadline:     June 2, 2020 at 5:00 p.m. (ET).  The objection deadline has been extended for BGI to July 3, 2020 at 4:00 p.m. (ET).

Objections Received:

      A.  Objection of Commerce Technologies, LLC to Debtors' Proposed Cure Amounts and Reservation of Rights [D.I. 474, 6/17/20]

      B.  Objection of CenturyLink Communications, LLC to Proposed Cure Amount [D.I. 476, 6/18/20]

      C.  Limited Objection of Golden Triangle Station LLC to the Notice of Cure Amounts and Potential Assumption and Assignment of Certain Executory Contracts and/or Unexpired Leases in Connection With Sale [D.I. 477, 6/18/20]

---

[2]      The witness list, including the location of such witnesses, is attached hereto as **Exhibit A.**

26721803.1

D. Objection of Aon Integramark to Debtors' Notice of Cure Amounts and Potential Assumption and Assignment of Certain Executory Contracts and/or Unexpired Leases in Connection with Sale [D.I. 480, 6/18/20]

E. Objection of Cigna to Notice of Cure Amounts and Potential Assumption and Assignment of Certain Executory Contracts and/or Unexpired Leases in Connection with Sale [D.I. 485, 6/19/20]

F. Oracle America, Inc.'s Limited Objection to and Reservation of Rights regarding: (1) Debtors Motion for Entry of Orders (I) Approving Bidding Procedures in Connection With the Sale of Substantially All of the Debtors Assets, (II) Approving the Form and Manner of Notice Thereof, (III) Scheduling an Auction and Sale Hearing, (IV) Approving Procedures for the Assumption and Assignment of Contracts, (V) Approving the Sale of the Debtors Assets Free and Clear, and (VI) Granting Related Relief; and (2) Notice of Cure Amounts and Potential Assumption and Assignment of Certain Executory Contracts and/or Unexpired Leases in Connection with the Sale [D.I. 487, 6/19/20]

G. Limited Objection and Reservation of Rights of Google LLC to Notice of Cure Amount and Potential Assumption and Assignment of Certain Executory Contracts and/or Unexpired Leases in Connection with Sale [D.I. 488, 6/19/20]

H. Limited Objection of Microsoft to Notice of Cure Amounts and Potential Assumption and Assignment of Certain Executory Contracts and/or Unexpired Leases in Connection with Sale [D.I. 490, 6/19/20]

I. Objection of Newgistics, Inc. to Proposed Cure Amounts Listed by Debtors for the Assumption and Assignment of Their Executory Contracts [D.I. 491, 6/19/20]

J. Limited Objection of Verizon Business Global LLC to Debtors' Proposed Cure [D.I. 492, 6/19/20]

K. Limited Objection and Reservation of Rights of PMX Agency LLC dba ForwardPMX to Notice of Cure Amounts and Potential Assumption and Assignment of Certain Executory Contracts and/or Unexpired Leases in Connection with Sale [D.I. 493, 6/19/20]

L. Limited Objection to Proposed Cure Amount by First Contact LLC a/k/s Cyber City Teleservices Marketing [D.I. 495, 6/19/20]

M. Limited Objection and Reservation of Rights of Ferncroft LLC to Debtors' Notice of Cure Amounts and Proposed Assumption and Assignment of Certain Unexpired Lease with Ferncroft LLC [D.I. 523, 6/29/20]

N. Limited Objection of Experian Information Solutions, Inc. and Experian Marketing Solutions, LLC to Cure Notice [D.I. 551, 7/1/20]

Related Documents:

    A. Notice of Filing of Amended and Restated Stalking Horse APA [D.I. 399, 5/26/20]

    B. Corrected Order (I) Approving Bidding Procedures in Connection With the Sale of the Substantially all of the Debtors' Assets, (II) Approving the Form and Manner of Notice Thereof, (III) Scheduling an Auction and Sale Hearing, (IV) Approving Procedures for the Assumption and Assignment of Contracts, and (V) Granting Related Relief [D.I. 425, 6/3/20]

    C. Notice of Cure Amounts and Potential Assumption and Assignment of Certain Executory Contracts and/or Unexpired Leases in Connection With Sale [D.I. 437, 6/5/20]

    D. Notice of Stalking Horse Bid, Bidding Procedures, Auction, and Sale Hearing [D.I. 447, 6/9/20]

    E. Notice of Cancellation of Auction [D.I. 508, 6/23/20]

Status: The cure objections have been adjourned to the hearing scheduled for July 22, 2020 at 10:00 a.m. (ET). This matter is going forward with respect to the approval of the sale to the stalking horse purchaser.

4.    Debtors' Application for Entry of an Order (I) Authorizing the Employment and Retention of Ernst & Young LLP as Financial Accounting Advisory Services Provider, Effective as of the Petition Date, (II) Approving the Terms of the Engagement Agreement, and (III) Granting Related Relief [D.I. 462, 6/12/20]

Objection Deadline:   June 26, 2020 at 4:00 p.m. (ET)

Objections Filed:

    A. United States Trustee's Objection to the Debtors' Application for Entry of an Order (I) Authorizing the Employment and Retention of Ernst & Young LLP as Financial Accounting Advisory Services Provider, Effective as of the Petition Date, (II) Approving the Terms of the Engagement Agreement, and (III) Granting Related Relief [D.I. 513, 6/25/20]

Related Documents: None

<u>Status</u>: The Debtors are continuing to work with the U.S. Trustee to consensually resolve the objection before the hearing.  This matter will be going forward.

| | |
|---|---|
| Dated:  July 2, 2020<br>Wilmington, Delaware | */s/ Joseph M. Mulvihill* |

M. Blake Cleary (DE Bar No. 3614)
Jaime Luton Chapman (DE Bar No. 4936)
Joseph M. Mulvihill (DE Bar No. 6061)
**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 571-6600
Facsimile:    (302) 571-1253
Email:         mbcleary@ycst.com
                   jchapman@ycst.com
                   jmulvihill@ycst.com

-and-

Edward O. Sassower, P.C. (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900

-and-

Patrick J. Nash, P.C. (admitted *pro hac vice*)
W. Benjamin Winger (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200

*Co-Counsel for the Debtors and Debtors in Possession*

## **Exhibit A**

Witness List

26721803.1

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BLUESTEM BRANDS, INC., *et al.*,[1] | ) | Case No. 20-10566 (MFW) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |

## DEBTORS' WITNESS LIST FOR JULY 7, 2020, HEARING

In accordance with Judge Walrath's Corrected Order dated June 3, 2020, regarding the sale hearing to be held on July 7, 2020, at 10:00 a.m. (prevailing Eastern Time) (the "Hearing"), the above-captioned debtors and debtors in possession (collectively, the "Debtors") file this Witness List for the Hearing as follows:

### WITNESSES

The Debtors submit direct testimony by declaration for each of the following witnesses, all of whom will be available for cross-examination by video conference (via Zoom):

1.     Thomas Fairfield, Director on the Board of Director of Bluestem Brands, Inc. ("BBI") (testifying from his home in Wilmington, Delaware or his office in Lexington, Kentucky); and

2.     Geoffrey Richards, Managing Director of Raymond James & Associates, Inc. (testifying from his home in Florida).

The Debtors reserve the right to examine any witness called or listed by any party—or to call any witness for rebuttal purposes.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Bluestem Brands, Inc. (5164); Appleseed's Holdings, Inc. (9117); Blair LLC (1670); Bluestem Enterprises, Inc. (1237); Bluestem Fulfillment, Inc. (5931); Bluestem Sales, Inc. (1539); Draper's & Damon's LLC (2759); Gold Violin LLC (0873); Haband Company LLC (8496); Home Forever LLC (2324); Johnny Appleseed's, Inc. (5560); Norm Thompson Outfitters LLC (8344); Northstar Holdings Inc. (6823); Orchard Brands Corporation (6322); Orchard Brands International, Inc. (8962); Orchard Brands Sales Agency, LLC (8855); Value Showcase LLC (2920); WinterSilks, LLC (0688).  The service address for each of the above Debtors is 7075 Flying Cloud Drive, Eden Prairie, Minnesota 55344.

No one will be accompanying the above-listed witnesses while they are testifying by video conference.

The Debtors expect that the following parties may cross-examine the above-listed witnesses: (1) Bluestem Group Inc.  ("BGI," represented by Kramer Levin Naftalis & Frankel LLP) and (2) counsel to the Office of the United States Trustee.

*[Remainder of page intentionally left blank.]*

26726751.1

## RESERVATION OF RIGHTS

The Debtors reserve the right to call or to introduce one or more (or none) of the witnesses

and exhibits listed above, and further reserve the right to supplement this list prior to the Hearing.

Dated: July 2, 2020
Wilmington, Delaware

*/s/ Joseph M. Mulvihill*
M. Blake Cleary (DE Bar No. 3164)
Jamie Luton Chapman (DE Bar No. 4936)
Joseph M. Mulvihill (DE Bar No. 6061)
**YOUNG CONAWAY STARGATT &
TAYLOR, LLP**
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
E-mail:      mbcleary@ycst.com
              jchapman@ycst.com
              jmulvhill@ycst.com

*Co-Counsel to the Debtors and Debtors in
Possession*

Patrick J. Nash, P.C. (admitted *pro hac vice*)
W. Benjamin Winger (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP
KIRKLAND & ELLIS
INTERNATIONAL LLP**
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:      (312) 862-2000
Facsimile:      (312) 862-2200
Email:        patrick.nash@kirkland.com
                benjamin.winger@kirkland.com

- and -

Edward O. Sassower, P.C. (admitted *pro hac
vice*)
**KIRKLAND & ELLIS LLP
KIRKLAND & ELLIS
INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:      (212) 446-4800
Facsimile:      (212) 446-4900
Email:        esassower@kirkland.com
*Co-Counsel to the Debtors and Debtors in
Possession*

26726751.1

3

26726751.1