# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> BLUESTEM BRANDS INC., <br><br> Debtors. | Chapter 11 <br><br> Case No. 20-10566 (MFW) <br><br> (*Jointly Administered*) |

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 2002, 9007 and 9010(b) the undersigned enters an appearance in these cases on behalf of creditor Fuzion Creations, LLC . Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

    ADDRESS:    **GREENBAUM, ROWE, SMITH & DAVIS LLP**
                              99 Wood Avenue South
                              Iselin, New Jersey 08830
                              Attention:  David L. Bruck, Esq.
                              Telephone:  (732) 476-2442
                              Telecopy:   (732) 549-1881
                              Email: dbruck@greenbaumlaw.com

Please take further notice that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and sections of the Bankruptcy Code specified above, but also includes, without limitation, any order, notice, application, complaint, demand, motion, petition, pleading, request, disclosure statement or plan of reorganization, and any other document brought before the Bankruptcy Court with respect to these cases and any related proceedings, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephonic, electronic mail or otherwise filed or made with regard to the above-captioned cases and proceedings herein.

6355254.1

Please take further notice that neither this notice nor any later appearance, pleading, claim or suit shall waive any rights to: 1) challenge the jurisdiction of the Bankruptcy Court to adjudicate any matter, including, without limitation, any non-core matter; 2) have final orders in non-core matters entered only after *de novo* review by the District Court; 3) trial by jury in any proceeding so triable in these cases or any case, controversy or proceeding related to these cases; 4) have the District Court withdraw that reference in any matter subject to mandatory or discretionary withdrawal; or 5) any other rights, claims, actions, setoffs, or recoupments to which Beatrice Home Fashions, is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated: July 7, 2020

                                      **Greenbaum, Rowe, Smith & Davis LLP**

                                      ***/s/ David L. Bruck***
                                      Metro Corporate Campus One
                                      P.O. Box 5600
                                      Woodbridge, New Jersey 07095
                                      (732) 476-2442
                                      dbruck@greenbaumlaw.com
                                      Counsel for Creditor Fuzion Creations, LLC

6355254.1