**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BLUESTEM BRANDS, INC.,[1] | ) | Case No. 20-10566 (MFW) |
| | ) | |
| Debtor. | ) | **RE: D.I. 441 & 996** |
| | ) | |

**NOTICE OF WITHDRAWAL OF PLAN ADMINISTRATOR'S**
**OBJECTIONS TO CERTAIN CLAIMS**

**PLEASE TAKE NOTICE** that the above-captioned Debtors filed, on June 5, 2020, its *First Omnibus (Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1* ("First Omnibus Objection") identifying certain claims filed against the Debtors' estates [Docket No. 441]. Among others, the First Omnibus Objection included the following claim objection – ROI Print Management, Inc. ("Claim Number 761"). After a review of the Debtors' records, the Plan Administrator (defined *infra*) hereby withdraws the First Omnibus Objection with respect to Claim Number 761. For the avoidance of doubt, the First Omnibus Objection, and any and all orders entered with respect thereto, remain unchanged.

**PLEASE TAKE FURTHER NOTICE** that Province, Inc., in its capacity as the plan administrator ("Plan Administrator") as provided in the Joint Chapter 11 Plan of Bluestem Brands, Inc. and Its Debtor Affiliates [Docket No. 409] (as amended, supplemented, or otherwise modified from time to time, the "Plan"), by and through counsel, filed, on August 24, 2021, its *Third Omnibus*

---

[1] The last four digits of the Debtor's federal tax identification number are 5164, and the Debtor's mailing address is 7075 Flying Cloud Drive, Eden Prairie, Minnesota 55344. The chapter 11 cases of the following affiliates of the Debtor were closed effective as of August 31, 2020: Appleseed's Holdings, Inc. (9117); Blair LLC (1670); Bluestem Enterprises, Inc. (1237); Bluestem Fulfillment, Inc. (5931); Bluestem Sales, Inc. (1539); Draper's & Damon's LLC (2759); Gold Violin LLC (0873); Haband Company LLC (8496); Home Forever LLC (2324); Johnny Appleseed's, Inc. (5560); Norm Thompson Outfitters LLC (8344); Northstar Holdings Inc. (6823); Orchard Brands Corporation (6322); Orchard Brands International, Inc. (8962); Orchard Brands Sales Agency, LLC (8855); Value Showcase LLC (2920); and WinterSilks, LLC (0688). See Chapter 11 Case No. 20-10566 (MFW), Docket No. 602.

13117502/1

*(Non-Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1* ("Third Omnibus Objection") identifying certain claims filed against the Debtors' estates [Docket No. 996]. Among others, the Third Omnibus Objection included the following claim objection – Teleflora, L.L.C. ("Claim Number 220"). After a review of the Debtors' records, the Plan Administrator hereby withdraws the Third Omnibus Objection with respect to Claim Number 220. For the avoidance of doubt, the Third Omnibus Objection, and any and all orders entered with respect thereto, remain unchanged.

Dated: September 20, 2021
Wilmington, Delaware

**MORRIS JAMES LLP**

*/s/ Brya M. Keilson*
Eric J. Monzo (DE Bar No. 5214)
Brya M. Keilson (DE Bar No. 4643)
Sarah M. Ennis (DE Bar No. 5745)
Jason S. Levin (DE Bar. No. 6434)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
Email: emonzo@morrisjames.com
Email: bkeilson@morrisjames.com
Email: sennis@morrisjames.com
Email: jlevin@morrisjames.com

*Counsel to Province Inc., in its capacity as the Plan Administrator pursuant to the First Amended Joint Chapter 11 Plan*