## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| BLUESTEM BRANDS, INC., ) | Case No. 20-10566 (MFW) |
| ) | |
| Debtor.[1] ) | |
| ) | |

### NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
### HEARING ON SEPTEMBER 23, 2021 AT 11:30 A.M. (ET)

**AS NO MATTERS ARE GOING FORWARD, AT THE COURT'S DIRECTION, THE HEARING IS CANCELLED**

**RESOLVED MATTERS:**

1. Debtors' First Omnibus (Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(b) and 503(b) and, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 441, Filed 6/5/20].

   Objection Deadline: June 19, 2020 at 4:00 p.m. (ET).

   Objections/Responses Received:

   A. Informal Response:
      i. ROI Print Management, Inc.

   B. Lake Group Media, Inc.'s Response [D.I. 471, Filed 6/17/20].

   C. Wolverine World Wide, Inc.'s Response [D.I. 494, Filed 6/19/20].

   D. Carlson Print Group's Response [D.I. 502, Filed 6/23/20].

   E. Carlson Print Group's Response [D.I. 503, Filed 6/23/20].

   F. American Spirit Corporation's Response [D.I. 504, Filed 6/23/20].

---

[1] The last four digits of the Debtor's federal tax identification number are 5164, and the Debtor's mailing address is 7075 Flying Cloud Drive, Eden Prairie, Minnesota 55344. The chapter 11 cases of the following affiliates of the Debtor were closed effective as of August 31, 2020: Appleseed's Holdings, Inc. (9117); Blair LLC (1670); Bluestem Enterprises, Inc. (1237); Bluestem Fulfillment, Inc. (5931); Bluestem Sales, Inc. (1539); Draper's & Damon's LLC (2759); Gold Violin LLC (0873); Haband Company LLC (8496); Home Forever LLC (2324); Johnny Appleseed's, Inc. (5560); Norm Thompson Outfitters LLC (8344); Northstar Holdings Inc. (6823); Orchard Brands Corporation (6322); Orchard Brands International, Inc. (8962); Orchard Brands Sales Agency, LLC (8855); Value Showcase LLC (2920); and WinterSilks, LLC (0688). See Chapter 11 Case No. 20-10566 (MFW), Docket No. 602.

13118773/1

Related Documents:

 A. Certification of Counsel Regarding Wolverine World Wide, Inc.'s Claims Stipulation [D.I. 927, Filed 1/6/21].

 B. Order Approving Stipulation Regarding Allowance and Settlement of Wolverine World Wide, Inc.'s Claims [D.I. 928, Filed 1/7/21].

 C. Certification of Counsel Regarding First Omnibus (Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 969, Filed 6/9/21].

 D. Order Approving Stipulation Regarding Resolution of Objections to American Spirit Corporation's and Carlson Print Group's Claims [D.I. 970, Filed 6/11/21].

 E. Certification of Counsel Regarding Order Approving Stipulation Regarding Resolution of Objection to Lake Group Media, Inc.'s Claim [D.I. 973, Filed 6/24/21].

 F. Order Approving Stipulation Regarding Resolution of Objection to Lake Group Media, Inc.'s Claim [D.I 974 , Filed 6/24/21].

 G. Notice of Withdrawal of Plan Administrator's Objections to Certain Claims [D.I 1002, Filed 9/20/21].

Status: Orders have been entered as to the claimants who formally responded. The Plan Administrator has withdrawn the objection to the claim of ROI Print Management, Inc. No hearing is necessary unless requested by the court.

**ADJOURNED MATTERS:**

2. Plan Administrator's First Omnibus (Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(B) and 503(B), Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 875, Filed 10/23/2020] ("First Omnibus Objection").

 Objection Deadline: November 17, 2020 at 4:00 p.m. (ET).

 Objections/Responses Received:

  A. Response to Plan Administrator's First Omnibus (Substantive) Objection to Michigan Department of Treasury's Claim #1486 [D.I. 892, Filed 11/16/2020].

  B. Response by the Tennessee Department of Revenue to the Plan Administrator's First Omnibus Objection to Claims [D.I. 894, Filed 11/17/2020].

  C. Informal Responses:
   i. Arizona Department of Revenue
   ii. Tempur Sealy International, Inc.
   iii. Pennsylvania Department of Revenue
   iv. Crosstown Preserve, LLC

- v. SYNNEX Corporation
- vi. State of New York Department of Taxation and Finance
- vii. SIP Operating Corp.
- viii. State of New Jersey Division of Taxation
- ix. GHP Group, Inc.
- x. Louisiana Department of Revenue

Related Documents:

- A. Notice of Submission of Proof of Claim in Connection with the Plan Administrator's First Omnibus Objection to Claims (Substantive) to Claims Pursuant to Bankruptcy Code Sections 502(B) and 503(B), Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 889, Filed 11/10/2020].

- B. Certification of Counsel Regarding Order Sustaining Plan Administrator's First Omnibus (Substantive) Objection to Claims to Claims Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 901, Filed 11/20/2020].

- C. Certification of Counsel Regarding Order Approving Stipulation Regarding Allowance of the Arizona Department of Revenue's Claims [D.I. 910, Filed 11/25/2020].

- D. Certification of Counsel Regarding Order Sustaining Plan Administrator's First Omnibus (Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 911, Filed 11/25/2020].

- E. Order Approving Stipulation Regarding Allowance of the Arizona Department of Revenue's Claims [D.I. 914, Filed 11/30/2020].

- F. Order Sustaining Plan Administrator's First Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502(b) and 503(b), Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 915, Filed 11/30/2020].

- G. Certification of Counsel Regarding Order Sustaining Plan Administrator's Omnibus (Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(b) and 503 (b), Bankruptcy Rules 3003 and 3007, and Local Rules 3007-1 [D.I. 932, Filed 1/15/21].

- H. Withdrawal of Claim 1395 (Prime Clerk). Filed by TN Dept of Revenue [D.I. 934, Filed 1/19/21].

- I. Second Order Sustaining Plan Administrator's Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 1 [D.I. 936, Filed 1/26/21].

- J. Certification of Counsel Regarding Order Approving Stipulation Regarding Settlement of GHP Group, Inc.'s Claim [D.I. 943, Filed 2/23/21].

K. Order Approving Stipulation Regarding Settlement of GHP Group, Inc.'s Claim [D.I. 944, Filed 2/23/21].

L. Certification of Counsel Regarding Order Approving Stipulation Regarding Allowance and Settlement of Claim No. 1020 Asserted by Tempur Sealy International, Inc. [D.I. 950, Filed 3/11/21].

M. Order Approving Stipulation Regarding Allowance and Settlement of Claim No. 1020 Asserted by Tempur Sealy International, Inc. [D.I. 951, Filed 3/11/21].

N. Certification of Counsel Regarding Order Approving Stipulation Regarding Allowance of the Pennsylvania Department of Revenue's Claims [D.I. 953, Filed 3/23/21].

O. Order Approving Stipulation Regarding Allowance of the Pennsylvania Department of Revenue's Claims [D.I. 955, Filed 3/23/21].

P. Certification of Counsel Regarding Order Approving Stipulation Regarding Resolution of Claim No. 933 Asserted by Synnex Corporation [D.I. 990, Filed 8/11/21].

Q. Order Approving Stipulation Regarding Resolution of Claim No. 933 Asserted by Synnex Corporation [D.I. 991, Filed 8/11/21].

R. Notice of Withdrawal of Plan Administrator's Objections to Certain Claims [D.I. 992, Filed 8/19/21].

Status: Orders sustaining the First Omnibus Objection have been entered. This hearing will not go forward as to the claimants who have either formally or informally responded and as to which claims the First Omnibus Objection remains pending. A hearing on the remaining Objections/Responses has been adjourned to October 13, 2021 at 10:30 a.m. (ET).

3. Plan Administrator's Third Omnibus (Non-Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3003 and 3007, and Local Rule 3007 [D.I. 996, Filed 8/24/21] (the "Third Omnibus Objection").

Objection Deadline: September 7, 2020 at 4:00 p.m. (ET); extended to September 21, 2021 for Teleflora, LLC; extended to September 28, 2021 for The National Retirement Fund.

Objections/Responses Received:

A. Informal Response:
   i. Teleflora, LLC
   ii. The National Retirement Fund
   iii. Explore Scientific LLC

4

Related Documents:

A. Notice of Submission of Proofs of Claim in Connection with Plan Administrator's Third Omnibus (Non-Substantive) Objection to Claims [D.I. 1001, Filed 9/9/21].

B. Notice of Withdrawal of Plan Administrator's Objections to Certain Claims [D.I 1002, Filed 9/20/21].

Status: This hearing will not go forward and is adjourned to October 13, 2021 at 10:30 a.m. as to the claimants who have informally responded and as to which claims regarding the Third Omnibus Objection remain pending.

Dated: September 21, 2021
     Wilmington, Delaware

**MORRIS JAMES LLP**

*/s/ Jason S. Levin*
Eric J. Monzo (DE Bar No. 5214)
Brya M. Keilson (DE Bar No. 4643)
Sarah M. Ennis (DE Bar No. 5745)
Jason S. Levin (DE Bar. No. 6434)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: emonzo@morrisjames.com
E-mail: bkeilson@morrisjames.com
E-mail: sennis@morrisjames.com
E-mail: jlevin@morrisjames.com

*Counsel to Province Inc., in its capacity as the Plan Administrator pursuant to the First Amended Joint Chapter 11 Plan*