# TM EXPORTS
Plot F-144, S.I.T.E.   Karachi 75700   Pakistan

FILED
2021 OCT -7  AM 9:03
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

September 29, 2021

Honorable Mary F Walrath
United States Bankruptcy Court
824 North Market Street, 5th Floor
Wilmington, Delaware 19801

Re:   **Bankruptcy Filing 20-10566, Bluestem Brands Inc.**
      **Prime Clerk Claim #422 by TM Exports (Pakistan)**

Dear Honorable Judge Walrath,

We respectfully seek your assistance.

Bluestem Brands Inc. filed for Bankruptcy on March 09, 2020. The case number is 20-10566.

We were an overseas supplier of garments to Bluestem's Haband and Blair divisions. We shipped merchandise to the company for several years without incident. Our last shipment to their Haband division was on February 7th, 2020, in the amount of US$60,307.39.

We submitted a claim through Prime Clerk. The claim reference is #422.

**As of today, Bluestem has not offered any official settlement for this outstanding claim.**

Furthermore, during the past year, we were contacted several times by officials of Bluestem Brands as well as their overseas buying agent Linmark International Ltd. These officials asked us, if Bluestem settled our claim, would we continue developing and producing goods for the company. We agreed. And these officials promised to get back to us with a settlement offer.

These are the officials of Bluestem Brands that contacted us:
   Ms. Sonali Malhan, Chief Sourcing Officer
   Ms. Theresa Killian, Director Global Sourcing

These are the officials of their agent Linmark International Ltd that contacted us:
   Mr. Asher Khan, Country Manager (Pakistan)
   Mr. Arthur Prujit, Director Asia Operations

Unfortunately as of today none of these officials have followed through on their promises to send us a settlement offer.

# TM EXPORTS
Plot F-144, S.I.T.E.   Karachi 75700   Pakistan

Please also note that Bluestem closed its Hong Kong office, but still operates an overseas office in New Delhi, India. And we know through contacts with the Bluestem's office in India that the majority of their Indian suppliers have already received settlements on their bankruptcy claims, while Bluestem has not made settlements with their suppliers in Pakistan, Bangladesh, Taiwan or China.

Your honor, we believe this is a violation of your Bankruptcy rules and regulations. Bluestem can not give priority to vendors based on nationality, and they must address and settle all the claims in order to finalize their bankruptcy proceedings

We respectfully seek your assistance to force Bluestem Brands to settle our claim.

Respectfully


Mr. Tufail Saya.
Director TM Exports
Tel +92-321-8242444
Email ttsaya@wintexindustries.com