## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| BLUESTEM BRANDS, INC., | ) Case No. 20-10566 (MFW) |
| | ) |
| Debtor. | ) |
| | ) |

## ORDER SCHEDULING OMNIBUS HEARING DATE

Pursuant to Del. Bankr. L.R. 2002-1(a), IT IS HEREBY ORDERED that the following omnibus hearing date is scheduled in the above-captioned case:

| **Date & Time** | **Location** |
|---|---|
| November 16, 2021 at 10:30 a.m. (ET) | U.S. Bankruptcy Court for the District of Delaware<br>824 North Market Street, 5th Floor, Courtroom 4<br>Wilmington, Delaware 19801 |

**Dated: October 12th, 2021**
**Wilmington, Delaware**

MARY F. WALRATH
UNITED STATES BANKRUPTCY JUDGE