IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| BLUESTEM BRANDS, INC., | ) | Case No. 20-10566 (MFW) |
|  | ) |  |
| Debtor.[1] | ) |  |
|  | ) |  |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON NOVEMBER 16, 2021 AT 10:30 A.M. (ET)**

> **THE REMOTE HEARING WILL BE CONDUCTED ENTIRELY BY ZOOM
> AND REQUIRES ALL PARTICIPANTS TO REGISTER IN ADVANCE.**
>
> **COURTCALL WILL NOT BE USED TO DIAL IN.**
>
> **PLEASE USE THE FOLLOWING LINK TO REGISTER FOR THE HEARING:**
>
> **https://debuscourts.zoomgov.com/meeting/register/vJItf-6hpz0jHduSnLWazfZPgdlNWE_9vMo**
>
> **ONCE REGISTERED, PARTIES WILL RECEIVE A CONFIRMATION EMAIL
> CONTAINING PERSONAL LOG-IN INFORMATION FOR THE HEARING.**
>
> **ALL PARTIES MUST REGISTER NO LATER THAN 8:00 A.M. (ET)
> ON NOVEMBER 16, 2021.**

**ADJOURNED MATTERS:**

1. Plan Administrator's First Omnibus (Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(B) and 503(B), Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 875, Filed 10/23/2020] ("First Omnibus Objection").

    Objection Deadline: November 17, 2020 at 4:00 p.m. (ET).

    Objections/Responses Received:

    A. Response to Plan Administrator's First Omnibus (Substantive) Objection to Michigan Department of Treasury's Claim #1486 [D.I. 892, Filed 11/16/2020].

---

[1] The last four digits of the Debtor's federal tax identification number are 5164, and the Debtor's mailing address is 7075 Flying Cloud Drive, Eden Prairie, Minnesota 55344. The chapter 11 cases of the following affiliates of the Debtor were closed effective as of August 31, 2020: Appleseed's Holdings, Inc. (9117); Blair LLC (1670); Bluestem Enterprises, Inc. (1237); Bluestem Fulfillment, Inc. (5931); Bluestem Sales, Inc. (1539); Draper's &Damon's LLC (2759); Gold Violin LLC (0873); Haband Company LLC (8496); Home Forever LLC (2324); Johnny Appleseed's, Inc. (5560); Norm Thompson Outfitters LLC (8344); Northstar Holdings Inc. (6823); Orchard Brands Corporation (6322); Orchard Brands International, Inc. (8962); Orchard Brands Sales Agency, LLC (8855); Value Showcase LLC (2920); and WinterSilks, LLC (0688). See Chapter 11 Case No. 20-10566 (MFW), Docket No. 602.

13229460.v1

B. Response by the Tennessee Department of Revenue to the Plan Administrator's First Omnibus Objection to Claims [D.I. 894, Filed 11/17/2020].

C. Informal Responses:
   i. Arizona Department of Revenue
   ii. Tempur Sealy International, Inc.
   iii. Pennsylvania Department of Revenue
   iv. Crosstown Preserve, LLC
   v. SYNNEX Corporation
   vi. State of New York Department of Taxation and Finance
   vii. SIP Operating Corp.
   viii. State of New Jersey Division of Taxation
   ix. GHP Group, Inc.
   x. Louisiana Department of Revenue

Related Documents:

A. Notice of Submission of Proof of Claim in Connection with the Plan Administrator's First Omnibus Objection to Claims (Substantive) to Claims Pursuant to Bankruptcy Code Sections 502(B) and 503(B), Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 889, Filed 11/10/2020].

B. Certification of Counsel Regarding Order Sustaining Plan Administrator's First Omnibus (Substantive) Objection to Claims to Claims Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 901, Filed 11/20/2020].

C. Certification of Counsel Regarding Order Approving Stipulation Regarding Allowance of the Arizona Department of Revenue's Claims [D.I. 910, Filed 11/25/2020].

D. Certification of Counsel Regarding Order Sustaining Plan Administrator's First Omnibus (Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 911, Filed 11/25/2020].

E. Order Approving Stipulation Regarding Allowance of the Arizona Department of Revenue's Claims [D.I. 914, Filed 11/30/2020].

F. Order Sustaining Plan Administrator's First Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502(b) and 503(b), Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 915, Filed 11/30/2020].

G. Certification of Counsel Regarding Order Sustaining Plan Administrator's Omnibus (Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(b) and 503 (b), Bankruptcy Rules 3003 and 3007, and Local Rules 3007-1 [D.I. 932, Filed 1/15/21].

H. Withdrawal of Claim 1395 (Prime Clerk). Filed by TN Dept of Revenue [D.I. 934, Filed 1/19/21].

I. Second Order Sustaining Plan Administrator's Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 1 [D.I. 936, Filed 1/26/21].

J. Certification of Counsel Regarding Order Approving Stipulation Regarding Settlement of GHP Group, Inc.'s Claim [D.I. 943, Filed 2/23/21].

K. Order Approving Stipulation Regarding Settlement of GHP Group, Inc.'s Claim [D.I. 944, Filed 2/23/21].

L. Certification of Counsel Regarding Order Approving Stipulation Regarding Allowance and Settlement of Claim No. 1020 Asserted by Tempur Sealy International, Inc. [D.I. 950, Filed 3/11/21].

M. Order Approving Stipulation Regarding Allowance and Settlement of Claim No. 1020 Asserted by Tempur Sealy International, Inc. [D.I. 951, Filed 3/11/21].

N. Certification of Counsel Regarding Order Approving Stipulation Regarding Allowance of the Pennsylvania Department of Revenue's Claims [D.I. 953, Filed 3/23/21].

O. Order Approving Stipulation Regarding Allowance of the Pennsylvania Department of Revenue's Claims [D.I. 955, Filed 3/23/21].

P. Certification of Counsel Regarding Order Approving Stipulation Regarding Resolution of Claim No. 933 Asserted by Synnex Corporation [D.I. 990, Filed 8/11/21].

Q. Order Approving Stipulation Regarding Resolution of Claim No. 933 Asserted by Synnex Corporation [D.I. 991, Filed 8/11/21].

R. Notice of Withdrawal of Plan Administrator's Objections to Certain Claims [D.I. 992, Filed 8/19/21].

Status: Orders sustaining the First Omnibus Objection have been entered. This hearing will not go forward as to the claimants who have either formally or informally responded and as to which claims the First Omnibus Objection remains pending. A hearing on the remaining Objections/Responses has been adjourned to December 15, 2021 at 11:30 a.m. (ET).

**MATTERS GOING FORWARD:**

2. Plan Administrator's Third Omnibus (Non-Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3003 and 3007, and Local Rule 3007 [D.I. 996, Filed 8/24/21] (the "Third Omnibus Objection").

3

Objection Deadline: September 7, 2021 at 4:00 p.m. (ET); extended to September 21, 2021 for Teleflora, LLC; extended to October 26, 2021 for The National Retirement Fund.

Objections/Responses Received:

A. Informal Response:
   i. Teleflora, LLC
   ii. The National Retirement Fund
   iii. Explore Scientific LLC

Related Documents:

A. Notice of Submission of Proofs of Claim in Connection with Plan Administrator's Third Omnibus (Non-Substantive) Objection to Claims [D.I. 1001, Filed 9/9/21].

B. Notice of Withdrawal of Plan Administrator's Objections to Certain Claims [D.I 1002, Filed 9/20/21].

C. Certification of Counsel Regarding Order Sustaining Plan Administrator's Third Omnibus (Non-Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I 1010, Filed 10/15/21].

Status: The informal response of Teleflora, LLC was resolved with the Notice of Withdrawal of Plan Administrator's Objections to Certain Claims. The informal response of Explore Scientific LLC has been resolved. A certification of counsel was filed on October 15, 2021, with respect to all claims but the National Retirement Fund and Teleflora LLC. The Plan Administrator anticipates filing a certification of counsel prior to the hearing with respect to the National Retirement Fund, resolving the issue. The hearing will go forward to the extent the Court has any questions.

3. Plan Administrator's Fourth Omnibus (Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 999, Filed 9/8/21]. (the "Fourth Omnibus Objection").

Objection Deadline: October 6, 2021 at 4:00 p.m. (ET).

Objections/Responses Received:

A. Informal Response:
   i. State of Connecticut, Unclaimed Property Division
   ii. Treasurer of Virginia

Related Documents:

A. Notice of Submission of Proofs of Claim in Connection with Plan Administrator's Fourth Omnibus (Substantive) Objection to Claims [D.I. 1004, Filed 9/29/21].

13229460.v1

B. Certification of Counsel Regarding Order Sustaining Plan Administrator's Fourth Omnibus (Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 1011, Filed 10/15/21].

Status: A certification of counsel was filed on October 15, 2021, with respect to all claims but the State of Connecticut, Unclaimed Property Division and the Treasurer of Virginia. The hearing with respect to the State of Connecticut, Unclaimed Property Division and the Treasurer of Virginia is continued to Wednesday, December 15, at 11:30 a.m. (ET). The hearing will go forward to the extent the Court has any questions.

Dated: November 12, 2021
Wilmington, Delaware

**MORRIS JAMES LLP**

*/s/ Jason S. Levin*
Eric J. Monzo (DE Bar No. 5214)
Brya M. Keilson (DE Bar No. 4643)
Sarah M. Ennis (DE Bar No. 5745)
Jason S. Levin (DE Bar. No. 6434)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: emonzo@morrisjames.com
E-mail: bkeilson@morrisjames.com
E-mail: sennis@morrisjames.com
E-mail: jlevin@morrisjames.com

*Counsel to Province Inc., in its capacity as the Plan Administrator pursuant to the First Amended Joint Chapter 11 Plan*