# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Bluestem Brands, Inc.<br>　　Debtors | Case No. 20-10566 |

## PROPOSED ORDER GRANTING CHAYNA DRAPEAU AND VINCENT DRAPEAU, INDIVIDUALLY AND AS PARENTS AND NEXT FRIENDS OF BEN DRAPEAU, REQUEST FOR RELIEF FROM THE AUTOMATIC STAY

Pursuant to the motion of Chayna Drapeau and Vincent Drapeau, individually and as Parents and Next Friends of Ben Drapeau, (hereinafter collectively "Movants"), due notice having been given, no objections having been filed, and it appearing that Movants are entitled to the relief sought in the motion for good cause shown,

IT IS HEREBY ORDERED that said motion is in all respects granted and relief from the automatic stay is granted to Movants with respect to the limits of coverage of the Debtor's insurance policies.

IT IS FURTHER ORDERED that this order shall be effective immediately upon its entry.

BY THE COURT:

Date: _____                                   _____

U.S. Bankruptcy Judge