## CERTIFICATE OF SERVICE

I, D. Michael Noonan, certify that I am not less than 18 years of age, and that service of this notice of motion and copy of the motion was made on August 22, 2022, upon:

Michael Mortimer, Esq.: Counsel for Debtor
Jason Levin, Esq.: Counsel for Debtor
Richard L. Schepacarter: United States Trustee
GianClaudio Finizio, Esq.: Committee Counsel
Brya Michele Keilson, Esq.: Committee Counsel
Eric Monzo, Esq.: Committee Counsel
Kelly Moynihan, Esq.: Committee Counsel
David Posner, Esq.: Committee Counsel

By electronic mail.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: August 23, 2022

*/s/ D. Michael Noonan*
D. Michael Noonan
NH Bar No. 8214
mnoonan@shaheengordon.com
Attorney for the Movants
Shaheen & Gordon, P.A.
353 Central Ave., 2nd Floor
P.O. Box 977
Dover, NH 03821-0977
(603) 749-5000