## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

Chapter 11 Case No. 20-10566

In Re: Bluestem Brands, Inc.

**Objections due by: November 3, 2022**
**Hearing Date:November 10, 2022**

Debtor

## NOTICE OF MOTION OF CHAYNA DRAPEAU ET AL. FOR RELIEF FROM STAY UNDER SECTION 362 OF THE BANKRUPTCY CODE

TO:  Michael Mortimer, Esq.
&    Jason Levin, Esq.
     Counsel for Debtor

Richard L. Schepacarter,
United States Trustee

GianClaudio Finizio, Esq.;
Brya Michele Keilson, Esq.;
Eric Monzo, Esq.;
Kelly Moynihan, Esq.; &
David Posner, Esq.
Committee counsel

Chayna Drapeau and Vincent Drapeau, individually and as Parents and Next Friends of Ben Drapeau, have filed a Motion for Relief from Stay which seeks the following relief: grant relief from the Automatic Stay to permit Movants to continue to pursue their claim and proceed to judgment, if necessary, and to execute, levy, and collect upon such judgment as may be obtained by Movants to the extent of available policies of insurance only which provide coverage in such matters, and for such other and further relief to which the Court deems just and proper.

HEARING ON THE MOTION WILL BE HELD ON: November 10, 2022, at 10:30 a.m.

You are required to file a response (and the supporting documentation required by Local Rule 4001-1(c)) to the attached motion at least seven days before the above hearing date.

At the same time, you must also serve a copy of the response upon movant's attorney:

D. Michael Noonan
P.O. Box 977/ 353 Central Avenue, Suite 200
Dover, NH 03821
603-749-5000

The hearing date specified above may be a preliminary hearing or may be consolidated with the final hearing, as determined by the Court.

The attorneys for the parties shall confer with respect to the issues raised by the motion in advance for the purpose of determining whether a consent judgment may be entered and/or for the purpose of stipulating to relevant facts such as value of the property, and the extent and validity of any security instrument.

By: *D. Michael Noonan*
Counsel for the Movant

**Local Form 106A**