# **EXHIBIT A**

Proposed Order

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BLUESTEM BRANDS, INC., [1]<br><br>Debtor. | Chapter 11<br><br>Case No. 20-10566 (MFW)<br><br>**Re: Docket No. ___** |

**FINAL DECREE CLOSING CHAPTER 11 CASE AND**
**TERMINATING CLAIMS AND NOTICING SERVICES**

Upon consideration of the *Plan Administrator's Motion for Entry of a Final Decree Closing Chapter 11 Case and Terminating Claims and Noticing Service* ("Motion");[2] and this Court having jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the Debtor, its estate, its creditors, and other parties in interest; and this Court having found that the notice of the Motion and opportunity for a hearing on the Motion was appropriate and no other notice need be provided; and this Court having reviewed the Motion and any objections thereto; and this Court having determined that the legal and factual bases set forth in the Motion and at any hearing on the Motion establish just cause for the relief granted herein; and

[1] The last four digits of the Debtor's federal tax identification number are 5164, and the Debtor's mailing address is 7075 Flying Cloud Drive, Eden Prairie, Minnesota 55344. The chapter 11 cases of the following affiliates of the Debtor were closed effective as of August 31, 2020: Appleseed's Holdings, Inc. (9117); Blair LLC (1670); Bluestem Enterprises, Inc. (1237); Bluestem Fulfillment, Inc. (5931); Bluestem Sales, Inc. (1539); Draper's &Damon's LLC (2759); Gold Violin LLC (0873); Haband Company LLC (8496); Home Forever LLC (2324); Johnny Appleseed's, Inc. (5560); Norm Thompson Outfitters LLC (8344); Northstar Holdings Inc. (6823); Orchard Brands Corporation (6322); Orchard Brands International, Inc. (8962); Orchard Brands Sales Agency, LLC (8855); Value Showcase LLC (2920); and WinterSilks, LLC (0688). See Chapter 11 Case No. 20-10566 (MFW), Docket No. 787.

[2] All capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED as set forth herein.

2. Effective as of the date of this Order, the Chapter 11 Case, Bluestem Brands, Inc., Case No. 20-10566, shall be closed.

3. The Clerk of the Court shall enter this Final Decree on the docket of the Chapter 11 Case, and thereafter such docket shall be marked as "Closed."

4. Pursuant to 11 U.S.C. § 350, the Chapter 11 Case is hereby closed and a final decree is granted effective as of the date hereof; provided, however, that this Court shall retain jurisdiction as provided for in the Plan.

5. The services of Kroll Restructuring Administration LLC ("Kroll") are terminated effective upon Kroll completing the services set forth in this Order.

6. Kroll will prepare final claims register for the Clerk's Office pursuant to any current guidelines for implementing 28 U.S.C. § 156(c).

7. Pursuant to Local Rule 2002-1(e)(ix), within twenty-eight (28) days after entry of a final decree, Kroll shall: (i) forward to the Clerk an electronic version of all proofs of claim, (ii) upload the creditor matrix into CM/ECF, and (iii) docket a final claims register. Once the electronic copies of the claims have been received by the Clerk, Kroll may destroy all proofs of claim in its possession after sixty (60) days.

8. Should Kroll receive any mail regarding the Debtor or this Chapter 11 Case, Kroll shall collect and forward such mail to the Plan Administrator as soon as is practicable.

9. The Plan Administrator is authorized to (a) make final distributions of any remaining funds on hand with the right to make final distributions reserved, in accordance with the terms of the Plan and Confirmation Order , and (b) pay Court fees and all fees required under 28 U.S.C. § 1930(a)(6) owing in the Chapter 11 Case, as well as file and serve all post-confirmation reports due, if any, within thirty (30) days of the date hereof.

10. This Order is without prejudice to any party's right to re-open any case or cases.

11. The Plan Administrator is authorized and empowered, and may in its discretion and without further delay, take any action and perform any act necessary to implement and effectuate the terms of this Order.

12. Upon completion of the items referred to in paragraph 9 above, the Debtor, the Plan Administrator, his predecessors, successors, affiliates, officers, directors, agents, attorneys, advisors, and other representatives shall (a) have complied with all of their obligations regarding the Plan, (b) be fully and finally released and discharged of and from any duties, obligations, accountings, or other matters of any nature with respect to the Plan, and (c) have no further responsibilities or obligations in connection with the Plan.

13. This Court shall retain jurisdiction over any and all matters arising from the interpretation or implementation of this Order.