# EXHIBIT B

Verified Final Report

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BLUESTEM BRANDS, INC., [1] | Case No. 20-10566 (MFW) |
| Debtor. | |

**FINAL REPORT IN CHAPTER 11 CASES**

Pursuant to Rule 3022-1(a)(ii) of the Local Rules of Bankruptcy Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), the Plan Administrator[2] of the *Joint Chapter 11 Plan of Bluestem Brands, Inc. and Its Debtor* for the estates of Bluestem Brands, Inc. and its debtor affiliates (collectively, the "Wind-Down Estates"), submits this Final Report (the "Final Report") in the bankruptcy cases of the Wind-Down Estates. The following information, which the Plan Administrator is directly familiar with or through consultation with the Wind-Down Estates' professionals, agents and advisors, is true and correct, to the best of the Plan Administrator's knowledge, information and belief.

**THE PLAN AND CONFIRMATION ORDER**

1. On August 21, 2020, the Court entered the *Findings of Fact, Conclusions of Law, and Order Confirming Joint Chapter 11 Plan of Bluestem Brands, Inc. and Its Debtor Affiliates* [Docket No. 744] ("Confirmation Order").

[1] The last four digits of the Debtor's federal tax identification number are 5164, and the Debtor's mailing address is 7075 Flying Cloud Drive, Eden Prairie, Minnesota 55344. The chapter 11 cases of the following affiliates of the Debtor were closed effective as of August 31, 2020: Appleseed's Holdings, Inc. (9117); Blair LLC (1670); Bluestem Enterprises, Inc. (1237); Bluestem Fulfillment, Inc. (5931); Bluestem Sales, Inc. (1539); Draper's &Damon's LLC (2759); Gold Violin LLC (0873); Haband Company LLC (8496); Home Forever LLC (2324); Johnny Appleseed's, Inc. (5560); Norm Thompson Outfitters LLC (8344); Northstar Holdings Inc. (6823); Orchard Brands Corporation (6322); Orchard Brands International, Inc. (8962); Orchard Brands Sales Agency, LLC (8855); Value Showcase LLC (2920); and WinterSilks, LLC (0688). See Chapter 11 Case No. 20-10566 (MFW), Docket No. 787.

[2] Terms utilized but not otherwise defined herein shall have the meanings ascribed to them in the *Joint Chapter 11 Plan of Bluestem Brands, Inc. and Its Debtor Affiliates* [Docket No. 409] (the "Plan").

2. On August 28, 2020, (the "Effective Date"), the Plan became effective. Pursuant to the Plan and Confirmation Order, on the Effective Date the Creditors' Committee was dissolved, Peter S. Kravitz, Esq. was appointed and has been serving as the Plan Administrator on behalf of the Wind-Down Estates.

## DISTRIBUTIONS

3. The Plan Administrator has made or will make all distributions pursuant to the terms of the Plan. The recoveries to holders of allowed claims based on the distributions that have or will be made are as follows:

| Class | Claim / Interest | % Recovery |
|---|---|---|
| Unclassified | Administrative Claims | 100% |
| Unclassified | Priority Tax Claims | 100% |
| 1 | Priority Non-Tax Claims | 100% |
| 2 | Other Secured Claims | 100% |
| 3 | Prepetition Term Loan Claims | Zero |
| 4 | Qualified Unsecured Trade Claims | Zero |
| 5 | General Unsecured Claims | 1.88% |
| 6 | Intercompany Claims | Zero |
| 7 | Intercompany Interests | Zero |
| 8 | Interests in Northstar Holdings | Zero |
| 9 | Section 510(b) Claims | Zero |

**FEES AND EXPENSES**

4. To the best of my knowledge, information, and belief, the following is an accurate summary of the fees and expenses paid, or to be paid, to the Debtors' professionals for the period from the Petition Date through the Effective Date:

| Professional | Amount |
|---|---|
| Kirkland & Ellis LLP and<br>Kirkland & Ellis International LLP<br>Counsel to the Debtors | $4,504,437.81 |
| Young Conaway Stargatt & Taylor, LLP<br>Co-Counsel to the Debtors | $531,704.77 |
| Deloitte Tax LLP<br>Tax Restructuring Advisor to the Debtors | $1,727,294.25 |
| Deloitte & Touche LLP<br>Independent Auditor for the Debtors | $357,145.00 |
| Ernst & Young LLP<br>Financial Accounting Advisory Services Provider to the Debtors | $107,010.50 |
| FTI Consulting, Inc.<br>Financial Advisor to the Debtors | $3,538,530.78 |
| Prime Clerk LLC<br>Administrative Advisor to the Debtors | $91,535.21 |
| Raymond James & Associates, Inc.<br>Investment Banker for the Debtors | $1,597,514.30 |
| Kilpatrick Townsend & Stockton LLP<br>Counsel to the Official Committee of Unsecured Creditors | $1,101,281.01 |
| Morris James LLP<br>Counsel to the Official Committee of Unsecured Creditors | $204,802.72 |
| AlixPartners, LLP<br>Financial Advisor to the Official Committee of Unsecured Creditors | $920,602.55 |
| **TOTAL** | **$14,681,858.90** |

5. As of the date hereof, the Plan Administrator is current on all expenses arising from administration of the Chapter 11 Case, including, without limitation, court fees and fees arising under 28 U.S.C.§ 1930(a)(6).

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: December 2, 2025

Respectfully submitted,

*/s/ Amanda (Demby) Swift*
Amanda (Demby) Swift, on behalf of Province Inc.