**In re *Bluestem Brands, Inc. et al.***
**Case No. 20-10566 (MFW)**

**Notes to Post-Confirmation Report for the Quarter Ended December 18, 2025**

Part 3

"Total Anticipated Payments Under Plan" reflects amounts paid plus cash on hand as of the date of this report, and is subject to reduction based on, among other things, operating expenses of the Plan Administrator and/or the estates.